| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Timothy P. Dillon, Esq. (SBN 190839)<br>Sunjina K. Ahuja, Esq. (SBN 226130)<br>Dillon Gerardi Hershberger Miller & Ahuja LLP<br>5872 Owens Ave., Ste. 200, Carlsbad, CA 92008<br>Tel: (858) 587-1800 Fax: (858) 587-2587<br>Email: tdillon@dghmalaw.com; sahuja@dghmalaw.com<br><br>Michael Jason Lee, Esq. (SBN 206110)<br>Law Offices of Michael Jason Lee, APLC<br>4660 La Jolla Village Dr., Ste. 500, San Diego, CA 92122<br>Tel: (858) 550-9984 Fax: (858) 550-9985<br>Email: Michael@mjllaw.com<br><br>☐ *Movant appearing without an attorney*<br>☒ *Attorney for Movant* | **FILED & ENTERED**<br><br>**APR 18 2017**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY steinber  DEPUTY CLERK**<br><br>**CHANGES MADE BY COURT** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -*SANTA ANA* DIVISION**

| In re: | CASE NO.: 8:17-bk-10976-TA |
|---|---|
| ZIA SHLAIMOUN | CHAPTER: 7 |
| | **ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362**<br><br>**(Action in Nonbankruptcy Forum)** |
| | DATE: April 18, 2017<br>TIME: 10:00am<br>COURTROOM: 5B<br>PLACE: United States Bankruptcy Court<br>411 West Fourth Street, Courtroom 5B<br>Santa Ana, CA 92701 |
| Debtor(s). | **CHANGES MADE BY COURT TO ITEM 1 AND ITEM 11** |

MOVANT: HYBRID FINANCE, LTD.

1. The Motion was:   ☐ Opposed   ☐ Unopposed   ☒ **Settled by stipulation filed on 4/12/17 as #52 on the Court's docket and matter also heard on 4/18/17**

2. The Motion affects the following Nonbankruptcy Action:

   Name of Nonbankruptcy Action: **Hybrid Finance, Ltd. v. Zia Shlaimoun, et al.**

   Docket number: **BC523540**

   Nonbankruptcy court or agency where the Nonbankruptcy Action is pending:

   **Superior Court of the State of California, County of Los Angeles, Santa Monica Courthouse**

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2014                                                    Page 1                                F 4001-1.RFS.NONBK.ORDER

3. The Motion is granted under 11 U.S.C. § 362(d)(1).

4. As to Movant, its successors, transferees and assigns, the stay of 11 U.S.C. § 362(a) is:

    a. ☐ Terminated as to the Debtor and the Debtor's bankruptcy estate.

    b. ☐ Modified or conditioned as set forth in Exhibit _____ to the Motion.

    c. ☒ Annulled retroactively to the bankruptcy petition date. Any postpetition acts taken by Movant to enforce its remedies regarding the nonbankruptcy action do not constitute a violation of the stay.

5. **Limitations on Enforcement of Judgment:** Movant may proceed in the nonbankruptcy forum to final judgment (including any appeals) in accordance with applicable nonbankruptcy law. Movant is permitted to enforce its final judgment only by *(specify all that apply)*:

    a. ☒ Collecting upon any available insurance in accordance with applicable nonbankruptcy law.

    b. ☒ Proceeding against the Debtor as to property or earnings that are not property of this bankruptcy estate.

6. This order is binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of the Bankruptcy Code.

7. ☐ The co-debtor stay of 11 U.S.C. § 1201(a) or § 1301(a) is terminated, modified or annulled as to the co-debtor, on the same terms and conditions as to the Debtor.

8. ☒ The 14-day stay prescribed by FRBP 4001(a)(3) is waived.

9. ☒ This order is binding and effective in any bankruptcy case commenced by or against the Debtor for a period of 180 days, so that no further automatic stay shall arise in that case as to the nonbankruptcy action.

10. ☒ This order is binding and effective in any future bankruptcy case, no matter who the debtor may be, without further notice.

11. ☒ Other *(specify)*: **Motion is granted. Relief from stay to proceed to judgment only. Enforcement remains stayed until further order.**

###

Date: April 18, 2017

*[signature: Theodor C. Albert]*

Theodor C. Albert
United States Bankruptcy Judge

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2014*    Page 2    F 4001-1.RFS.NONBK.ORDER