| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| L. Scott Keehn, (SBN 61691)<br>KEEHN LAW GROUP, APC<br>501 W. Broadway, Suite 1025<br>San Diego, California 92101<br>Telephone: (619) 400-2200<br>Facsimile: (619) 400-2201<br>Email: scottk@keehnlaw.com<br><br>☐ Individual *appearing without an attorney*<br>☒ Attorney for: Amy Hsiao and Hybrid Finance, LTD | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| In re:<br><br>ZIA SHLAIMOUN<br><br><br><br>Debtor(s) | CASE NO.: 8:17-bk-10976-TA<br>CHAPTER: 7<br><br>**NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:** (*title of motion*[1]): Motion To Extend the Time to File a Section 523 and/or Section 727 Complaint Pursuant to FRBP 4007(c) and 4004(b) |
|---|---|

PLEASE TAKE NOTE that the order titled <u>Order Granting the Motions of Creditors Amy Hsiao and Hybrid Finance, Ltd to Extend the Time to File a Section 523 and/or Section 727 Complaint Pursuant to FRBP 4007(c) and 4004(b)</u>

was lodged on (*date*) __12/19/2017__ and is attached. This order relates to the motion which is docket number __109__.

---

[1] Please abbreviate if title cannot fit into text field.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*                                Page 1                                **F 9021-1.2.BK.NOTICE.LODGMENT**

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

501 W. Broadway, Suite 1025
San Diego, California 92101

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) __12/19/2017__, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 12/19/2017 | Leslie Keehn | *[signature]* |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                      Page 2                         F 9021-1.2.BK.NOTICE.LODGMENT

# ATTACHMENT TO PROOF OF SERVICE DOCUMENT (Case No.: 8:17-bk-10976-TA)

*Electronic Mail Notice List to receive NEF transmission at the email addresses stated below*:

Eric V Anderton on behalf of Interested Party Courtesy NEF
eanderton@catanzarite.com, bphillips@catanzarite.com

Alan L. Armstrong on behalf of Interested Party Courtesy NEF
alan@alanarmstrong.com

Thomas H Casey on behalf of Trustee Thomas H Casey (TR)
kdriggers@tomcaseylaw.com, msilva@tomcaseylaw.com

Thomas H Casey (TR)
msilva@tomcaseylaw.com, thc@trustesolutions.net

Timothy P Dillon on behalf of Creditor Hybrid Finance, LTD.
tdillon@dillongerardi.com, kramirez@dghmalaw.com

Timothy P Dillon on behalf of Creditor Amy Hsiao
tdillon@dillongerardi.com, kramirez@dghmalaw.com

Scott L Keehn on behalf of Creditor Hybrid Finance, LTD.
scottk@keehnlaw.com, chrisf@keehnlaw.com

Scott L Keehn on behalf of Creditor Amy Hsiao
scottk@keehnlaw.com, chrisf@keehnlaw.com

Michael J Lee on behalf of Creditor Hybrid Finance, LTD.
michael@mjllaw.com

Kathleen J McCarthy on behalf of Trustee Thomas H Casey (TR)
kdriggers@tomcaseylaw.com, msilva@tomcaseylaw.com

Charles Shamash on behalf of Debtor Zia Shlaimoun
cs@locs.com, generalbox@locs.com

Timothy J Silverman on behalf of Creditor BMW Financial Services NA, LLC
tsilverman@scheerlawgroup.com

United States Trustee (SA)
ustpregion16.sa.ecf@usdoj.gov

Zann R Welch on behalf of Creditor BMW Financial Services NA, LLC
ecfnotices@ascensioncapitalgroup.com

L. Scott Keehn, (SBN 61691)
KEEHN LAW GROUP, APC
501 W. Broadway, Suite 1025
San Diego, California 92101
Telephone: (619) 400-2200
Facsimile: (619) 400-2201
Email: scottk@keehnlaw.com

Attorneys for Creditors
Amy Hsiao and Hybrid Finance, LTD

# UNITED STATES BANKRUPTCY COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA

| | |
|---|---|
| In Re:<br><br>ZIA SHLAIMOUN,<br><br>Debtor. | Case No. 8:17-bk-10976-TA<br><br>Chapter 7<br><br>**ORDER GRANTING THE MOTIONS OF CREDITORS AMY HSIAO AND HYBRID FINANCE, LTD TO EXTEND THE TIME TO FILE A SECTION 523 AND/OR SECTION 727 COMPLAINT PURSUANT TO FRBP 4007(C) AND 4004(B)**<br><br>Date:　　　　August 8, 2017<br>Time:　　　　11:00 a.m.<br>Courtroom:　　5B<br>Place:　　　　United States Bankruptcy Court<br>　　　　　　　411 West Fourth Street<br>　　　　　　　Santa Ana, CA 92701 |

The Motions of Creditors Amy Hsiao and Hybrid Finance, LTD (the "Movants") for an Order to Extend the Time to File a Section 523 and/or 727 Complaint Pursuant to FRBP 4007(c) and 4004(b) [Doc 109] (the "Motion") came on for hearing on August 8, 2017, before the Honotable Theodor C. Albert, United States Bankruptcy Judge.

Attorney Michael Jason Lee of the Law Offices of Michael Jason Lee, APLC appeared telephonically on behalf of the Movants. Appearances were also made by attorney Kathleen J. McCarthy of the Law Office of Thomas H. Casey, Inc., counsel for Chapter 7 Trustee; and attorney Charles Shamash of Caceres & Shamash, LLP. No other appearances were made.

The Court, having considered the Motion, and the Debtor's Opposition to the Motion [Doc 120], proper notice having been given, and good cause having been shown:

- 1 -

5758.01

1     **IT IS HEREBY ORDERED** that the Motion is granted as to both Movants;

2     **IT IS FURTHER ORDERED** that the time within which the Movants or either of them may file a complaint against the Debtor pursuant to Section 523 and/or Section 727 is extended to and including January 17, 2018.

###

5758.01