Thomas H. Casey, SBN 138264
LAW OFFICE OF THOMAS H. CASEY, INC.
A PROFESSIONAL CORPORATION
26400 La Alameda, Suite 210
Mission Viejo, CA 92691
Tel:     (949) 766-8787
Fax:     (949) 766-9896
TomCasey@tomcaseylaw.com

Attorney for Thomas H. Casey,
Chapter 7 Bankruptcy Trustee

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA / SANTA ANA DIVISION

| | |
|---|---|
| In re | Case No. 8:17-bk-10976-TA |
| ZIA SHLAIMOUN, | Chapter 7 |
| Debtor. | **CHAPTER 7 TRUSTEE'S MOTION FOR ORDER DISALLOWING CLAIMS FILED BY:** |
| | **1) GEORGE P. ESHOO, CLAIM NO. 12** |
| | **2) GEORGE P. ESHOO, CLAIM NO. 13** |
| | **3) TAHIM AND ASSOCIATES, A PROFESSIONAL CORPORATION, CLAIM NO. 15** |
| | **MEMORANDUM OF POINTS AND AUTHORITIES; AND DECLARATION OF CHAPTER 7 TRUSTEE THOMAS H. CASEY** |
| | <u>Hearing Date</u><br>Date:  January 4, 2022<br>Time: 11:00 a.m.<br>Courtroom: 5B<br>Location: 411 West Fourth Street<br>            Santa Ana, CA 92701 |

///

///

///

i

# TABLE OF CONTENTS

Page

Background Information ................................................................................................1

Trustee Objections to Claims .......................................................................................2

    Claim No. 12 – George P. Eshoo ...........................................................................2

    Claim No. 13 – George P. Eshoo ...........................................................................4

    Claim No. 15 – Tahim and Associates, A Professional Corporation ....................5

Memorandum of Points and Authorities ......................................................................8

    I.    The Trustee May Object to Proof of Claims Filed Against the Debtor's
        Estate ...............................................................................................................8

    II.   Grounds for Objections to Claim ....................................................................8

    III.  The Burden of Proof of the Claim Rests with the Claimant ...........................9

    IV.  Conclusion .....................................................................................................10

Declaration of Thomas H. Casey .................................................................................11

# TABLE OF AUTHORITIES

Page(s)

## CASES

*In re GI Industries, Inc.*,
204 F.3d 1276, 1280-1281 (9th Cir. 2000) ...................................................8

*Lundell v. Anchor Constr. Specialists, Inc.*,
223 F.3d 1035, 1039, 1040 (9th Cir. 2000) ...........................................9, 10

*In re Aulicino*,
48 B.R. 252, 254 (Bankr. Conn, 1985) .....................................................9

*In re Allegheny International, Inc.*,
954 F.2d 167 (3rd Cir. 1992) .................................................................9

*In re Medina*,
205 B.R. 216, 222 (9th Cir. BAP 1996) ....................................................9

*In re Holm*,
931 F.2d 620, 623 (9th Cir. 1991) .........................................................10

*In re Consol. Pioneer Mort.*,
178 B.R. 222, 226 (9th Cir. BAP 1995), *aff'd*, 91 F.3d 151 (9th Cir. 1996) ...................10

## STATUTES

11 U.S.C. §501 ...............................................................................8

11 U.S.C. §502(a) ...........................................................................8

11 U.S.C. §502(b) ...........................................................................8

11 U.S.C. §502(b)(1) ........................................................................9

11 U.S.C. §704(5) ...........................................................................8

## OTHER AUTHORITIES

Federal Rule of Bankruptcy Procedure 3001(f) .............................................9

Federal Rule of Bankruptcy Procedure 9014 ..............................................9

3 *Collier on Bankruptcy*, ¶502.02 (15th ed. 1993) .........................................8

**TO THE HONORABLE THEODOR C. ALBERT, UNITED STATES BANKRUPTCY JUDGE; THE OFFICE OF THE UNITED STATES TRUSTEE, AND ALL INTERESTED PARTIES**:

Thomas H. Casey, Chapter 7 Trustee ("Trustee") for the estate of Zia Shlaimoun ("Debtor"), hereby objects to the filed claims of 1) George P. Eshoo - #12; 2) George P. Eshoo - #13; and 3) Tahim and Associates, A Professional Corporation – #15 ("Claim Objection").

In support thereof, the Trustee respectfully represents as follows:

## Background Information

1. On March 15, 2017, the Debtor filed a voluntary petition (skeletal) for relief under Chapter 13 of the Bankruptcy Code. The balance of Debtor's Schedules and Statement of Financial Affairs were filed on June 20, 2017.

2. On March 28, 2017, this case was converted to one under Chapter 7 and Thomas H. Casey was appointed as Trustee.

3. On July 31, 2017, the Trustee filed a Notice of Asset Case, and the Court thereafter issued a Notice of Possible Dividend and Order Fixing Time to File Claims, setting a claims bar date of November 3, 2017 ("Claims Bar Date Notice"). Attached hereto as **Exhibit "1"** is a true and correct copy of the Claims Bar Date Notice.

4. On or about August 2, 2017, the BNC issued its Certificate of Notice, which provides a list of all parties served with the Claims Bar Date Notice ("BNC Certificate"). Attached hereto as **Exhibit "2"** is a true and correct copy of the BNC Certificate.

5. On June 16, 2019, the Court held a hearing on the Court's "Status Conference re Notice Issues and Potential Reopening of Opportunity to File Claims."

1

6.      On July 17, 2019, for the reasons stated on the record, the Court entered its Order

Reopening Time for Filing Claims ("Order Setting Bar Date"). Attached hereto as **Exhibit "3"** is

a true and correct copy of the Order Setting Bar Date.

7.      Pursuant to the Order Setting Bar Date, the deadline time for filing claims was

reopened for a period of 60 days (measured from date of entry of this order) so that creditors who

did not receive notice of the opportunity to file claims may do so. Accordingly, the new claims

bar date was determined to be September 16, 2019.

8.      On or about July 20, 2019, the BNC issued its Certificate of Notice, which

provides a list of all parties served with a second claims bar date notice ("2nd BNC Certificate").

Attached hereto as **Exhibit "4"** is a true and correct copy of the 2nd BNC Certificate.

## Trustee's Objection to Claims

## CLAIM NO. 12 – GEORGE P. ESHOO

9.      On or about June 20, 2019, George P. Eshoo ("Mr. Eshoo" or "Claimant") filed a

general unsecured claim in the amount of $551,798.43. This claim is docketed as Claim No. 12

on the Court's claims register ("Claim No. 12").  Attached hereto as **Exhibit "5"** is a true and

correct copy of Claim No. 12.

10.     According to Claim No. 12, the basis of the claim is for "Legal services (Feb. 2,

2015 to July 31, 2018), hard costs advanced and interest on unpaid balance to June 20, 2019."

11.     Attached as supporting documentation to Claim No. 12 is a one-page breakdown

of attorney fees, costs and interest through June 20, 2019.

12.     On November 1, 2021, the Trustee's office emailed Mr. Eshoo and requested that

he provide back-up documentation to Claim No. 12 that may include, but not limited to, a fully

executed retainer agreement and redacted time entries for his representation of the individual

Debtor in pre-petition state court litigation. The Trustee's office also advised that Mr. Eshoo is

not entitled to any fees, costs or interest incurred post-petition. In addition, it appeared that Claim

No. 13 (see below) was a duplicate of Claim No. 12. The Trustee's office requested that Mr.

Eshoo file a withdrawal of Claim No. 13. Attached hereto as **Exhibit "6"** is a true and correct

copy of the November 1, 2021 email from the Trustee's office to Mr. Eshoo.

13.     On November 4, 2021, Mr. Eshoo forwarded a written response to the Trustee

that advised the following:

  a.  Claimant Eshoo intended Claim No. 13 to replace Claim No. 12. This is

      noted in the Remarks in the Claims Registry at each Claim No. 12 and

      Claim No. 13.

  b.  We recall that you (a) already asked the same question in 2019 or 2020;

      (b) were not satisfied with the response; and (c) unilaterally withdrew on

      of the two Claims. The Claim Nbr. that was removed is not resolved by

      the case registry nor prior email correspondence, and I will not guess

      while at risk of removing the sole remaining Claim.

  c.  Claimant Eshoo intended Claim No. 13 to replace Claim No. 12 as noted

      in the Remarks on the Claims Registry. If you erred in any way such as

      removed the wrong Claim, then the error(s) need(s) to be repaired so that

      the Law Office Claim remains intact without e.g. any reduction in priority

      nor introduction of other prejudice.

14.     The remarks made by Mr. Eshoo on the claims register that Claim No. 13 was

replacing Claim No. 12, does not remove defective Claim No. 12 from the claims register.

3

15.     In addition, the Trustee was not able to locate any 2019 or 2020 email correspondence between the Trustee's office and Mr. Eshoo regarding a resolution to his filed claims. Trustee's do not "unilaterally withdraw" claims filed by creditors. Attached hereto as **Exhibit "7"** is a true and correct copy of Mr. Eshoo's November 4, 2021 response to the November 1, 2021 email from the Trustee's office to Mr. Eshoo.

16.     While the amounts are different, a review of Claim No. 12 and Claim No. 13 indicate that both claims contain the same basis and essentially the same supporting documentation. The difference in Claim No. 12 and Claim No. 13 is the dollar amount as Mr. Eshoo extends the "ongoing interest" to a later date in Claim No. 13.

17.     Claim No. 12 lacks adequate documentation to support the claim and is a duplicate of Claim No. 13.

18.     Based on the above, the Trustee objects to Claim No. 12 and the Trustee requests that Claim No. 12 be disallowed in its entirety.

## CLAIM NO. 13 – GEORGE P. ESHOO

19.     On or about July 18, 2019, George P. Eshoo ("Mr. Eshoo" or "Claimant") filed a general unsecured claim in the amount of $615,229.02. This claim is docketed as Claim No. 13 on the Court's claims register ("Claim No. 13").  Attached as **Exhibit "8"** is a true and correct copy of Claim No. 13.

20.     According to Claim No. 13, the basis of the claim is "legal services (2 Feb 2015 to 31 July 2018) and interest on unpaid balance to 30 June 2019. Hard Costs Pending."

21.     Attached as supporting documentation to Claim No. 13 is a one-page breakdown of attorney fees, costs and interest through July 18, 2019.

4

22.     As stated above, on November 1, 2021, the Trustee's office emailed Mr. Eshoo and requested that he provide back-up documentation to Claim No. 13 that may include, but not limited to, a fully executed retainer agreement and redacted time entries for his representation of the individual Debtor in pre-petition state court litigation. The Trustee's office also advised Mr. Eshoo that he is not entitled to any fees, costs or interest incurred post-petition. In addition, it appeared that Claim No. 12 (see above) was a duplicate of Claim No. 13. The Trustee's office requested that Mr. Eshoo file a withdrawal of duplicate Claim No. 13 and provide supporting documentation of the remaining claim. *See*, Exhibit "6".

23.     On November 4, 2021, Mr. Eshoo responded to the November 1, 2021 email from the Trustee's office. *See*, Exhibit "7".

24.     As of the filing of this Claim Objection, Mr. Eshoo has not provided sufficient supporting documentation to Claim No. 13, nor a response to the Trustee informing Mr. Eshoo that he is not entitled to any legal fees, costs or interest incurred post-petition.

25.     Claim No. 13 lacks adequate documentation to support the claim.

26.     Based on the above, the Trustee objects to Claim No. 13 and the Trustee requests that Claim No. 13 be disallowed in its entirety.

## CLAIM NO. 15 – TAHIM AND ASSOCIATES, A PROFESSIONAL CORPORATION

27.     On or about September 12, 2019, Tahim and Associates, a Professional Corporation ("Tahim" or "Claimant") filed a general unsecured claim in the amount of $6,125.00. This claim is docketed as Claim No. 15 on the Court's claims register ("Claim No. 15"). Attached hereto as **Exhibit "9"** is a true and correct copy of Claim No. 15.

28.     According to Claim No. 15, the basis of the claim is for "Services performed."

29.    Attached as supporting documentation to Claim No. 15 is an invoice addressed to Versailles Investments, LLC for, among other things, preparation of 2014 and 2015 Federal and State LLC income tax returns for Versailles Investments, LLC as well as reconciling bank accounts for all 12 months of 2014 for both accounts. Also attached is a breakdown of the calculation of post-petition interest for the invoice for Tahim's client Versailles Investments, LLC.

30.    During the month of November 2021, the Trustee's office communicated with Tahim and requested they provide back-up documentation to Claim No. 15 that would demonstrate the individual Debtor was liable for the debt listed in Claim No. 15. Tahim advised the Trustee's office that in addition to the LLC, their office prepared the Debtor's individual tax returns and that they would locate and provide those documents. Tahim later advised the Trustee's office that they were able to only locate the LLC tax returns and not the individual tax returns. The Trustee's office requested Tahim to forward any documents they located to support Claim No. 15. To date, the Trustee's office has yet to receive any documentation from Tahim suggesting the individual Debtor is liable for the debt listed in Claim No. 15. Copies of the relevant November 2021 emails between the Trustee's office and Tahim are attached hereto as collective **Exhibit "10"** and incorporated herein by this reference.

31.    Claim No. 15 lacks adequate documentation to support the claim.

32.    Based on the above, the Trustee objects to Claim No. 15 and the Trustee requests that Claim No. 15 be disallowed in its entirety.

**WHEREFORE**, the Trustee respectfully requests that this Honorable Court sustain the Trustee's objections as follows:

a.    Claim No. 12 is disallowed in its entirety;

6

b.  Claim No. 13 is disallowed in its entirety; and,

c.  Claim No. 15 is disallowed in its entirety.

Respectfully submitted,

Dated: December 3, 2021

Thomas H. Casey, Attorney for Thomas H. Casey,
Chapter 7 Trustee for the estate of Zia Shlaimoun

7

## MEMORANDUM OF POINTS AND AUTHORITIES

### I.
### THE TRUSTEE MAY OBJECT TO PROOF OF CLAIMS FILED AGAINST THE DEBTOR'S ESTATE

A proof of claim is deemed allowed unless a party in interest objects under Section 502(a) of Title 11 of the United States Code ("Bankruptcy Code").

Bankruptcy Code Section 502(a), states:

> "(a) A claim or interest, proof of which is filed under section 501 of this title, is deemed allowed, unless a party in interest, including a creditor of a general partner in a partnership that is a debtor in a case under chapter 7 of this title, objects."

The trustee is a party in interest, and therefore, has standing to object to claims. *See, 11 U.S.C. §704(5)*(requiring chapter 7 trustees to "examine proofs of claim and object to the allowance of any claim that is improper[.]"); *In re GI Industries, Inc.*, 204 F.3d 1276, 1280-1281 (9th Cir. 2000)("[T]he trustee had standing to challenge the claim under 11 U.S.C. § 502(a) because a trustee is a "party in interest.")

### II.
### GROUNDS FOR OBJECTION TO CLAIM

Bankruptcy Code Section 502(b) enumerates the grounds for disallowance and provides for allowance by the Bankruptcy Court "except to the extent that . . . such claim is unenforceable against the debtor and property of the debtor under any agreement or applicable law for a reason other than because such claim is contingent or unmatured". 11 U.S.C. § 502(b)(1). In other words, any defense the debtor may have to the enforceability to the claim outside bankruptcy is a good defense to the allowance of the claim to the estate. 3 *Collier on Bankruptcy*, ¶502.02 (15th ed. 1993).

8

While a proof of claim is *prima facie* valid, it will not be allowed to the extent that the claim is for "an unenforceable debt against the debtor . . ." 11 U.S.C. § 502(b)(1).

**III.**
**THE BURDEN OF PROOF OF THE CLAIM**
**RESTS WITH THE CLAIMANT**

Absent an objection, a proof of claim constitutes *prima facie* evidence of the validity and amount of the claim under Fed. R. Bankr. P. 3001(f). *Lundell v. Anchor Constr. Specialists, Inc.*, 223 F.3d 1035, 1039 (9th Cir. 2000). "A properly filed claim constitutes *prima facie* evidence of validity and amount." *Fed. R. Bankr. Proc.* 3001(f); *In re Aulicino*, 48 B.R. 252, 254 (Bankr. Conn, 1985) (citations omitted).

While the burden of persuasion is always on a claimant, the burden of proof for claims is a shifting one: a claim is *prima facie* valid if it alleges facts sufficient to support a legal liability to the claimant; if the objector then produced evidence to refute at least one of the allegations essential to the claim's legal sufficiency, the burden of going forward shifts back to the claimant to prove the validity of the claim by a preponderance of the evidence. *See In re Allegheny International, Inc.*, 954 F.2d 167 (3rd Cir. 1992).

The filing of an objection to a proof of claim "creates a dispute which is a contested matter" within the meaning of *Fed. R. Bankr. P.* 9014 and must be resolved after notice and opportunity for hearing upon a motion for relief. *Id.*

When a creditor has filed a proof of claim that complies with the rules, thereby giving rise to the presumption of validity, the burden shifts to the objecting party who must "present evidence to overcome the prima facie case." *In re Medina*, 205 B.R. 216, 222 (9th Cir. BAP 1996). To defeat the claim, the objector must come forward with sufficient evidence and "show facts tending to defeat the claim by probative force equal to that of the allegations of the proofs

of claim themselves." *Lundell, supra,* 223 F.3d at 1039, *quoting In re Holm,* 931 F.2d 620, 623

(9th Cir. 1991). "The objector must produce evidence which, if believed, would refute at least

one of the allegations that is essential to the claim's legal sufficiency." *Id. at* 1040.

If the objector produces sufficient evidence to negate one or more of the sworn facts in

the proof of claim, the burden reverts to the claimant to prove the validity of the claim by a

preponderance of the evidence. *In re Consol. Pioneer Mort.,* 178 B.R. 222, 226 (9th Cir. BAP

1995), *aff'd,* 91 F.3d 151 (9th Cir. 1996). The ultimate burden of persuasion remains at all times

on the claimant. *Lundell, supra,* at 1039; *Holm, supra.*

In this case, the Trustee has demonstrated that Mr. Eshoo has filed a duplicate claim and

has not provided sufficient evidence supporting the remaining claim on file. In addition, the

Trustee has demonstrated that Tahim has failed to provide sufficient documentation supporting

their filed claim. Accordingly, Claim No. 12, Claim No. 13 and Claim No. 15 should be

disallowed in their entirety.

**IV.**
**CONCLUSION**

For good cause as set forth above, the Trustee respectfully requests that this Honorable

Court sustain the Claim Objection, and for such other and further relief as this Court deems just

and proper.

Respectfully submitted,

Dated: December **3**, 2021

Thomas H. Casey, Attorney for Thomas H. Casey,
Chapter 7 Trustee for the estate of Zia Shlaimoun

## DECLARATION OF THOMAS H. CASEY

I, Thomas H. Casey, declare:

1.    I am over the age of eighteen and the duly appointed, qualified and acting Chapter 7 Trustee ("Trustee") of the bankruptcy estate of *In re Zia Shlaimoun* ("Debtor"). The facts contained herein are based upon information which I have acquired in my capacity as Trustee and upon my review of the pleadings, records and files in this matter, and are true and correct to the best of my knowledge, information and belief.

2.    I make this Declaration in support of my Motion for Order Disallowing ("Claim Objection") the Filed Claims by 1) George P. Eshoo – Claim No. 12; 2) George P. Eshoo – Claim No. 13; and 3) Tahim and Associates, A Professional Corporation – Claim No. 15 ("Claim Objection").

3.    On March 15, 2017, the Debtor filed a voluntary petition (skeletal) for relief under Chapter 13 of the Bankruptcy Code. The balance of Debtor's Schedules and Statement of Financial Affairs were filed on June 20, 2017.

4.    On March 28, 2017, this case was converted to one under Chapter 7 and I was appointed as Trustee.

5.    On July 31, 2017, I filed a Notice of Asset Case, and the Court thereafter issued a Notice of Possible Dividend and Order Fixing Time to File Claims, setting a claims bar date of November 3, 2017 ("Claims Bar Date Notice"). Attached hereto as **Exhibit "1"** is a true and correct copy of the Claims Bar Date Notice.

6.    On or about August 2, 2017, the BNC issued its Certificate of Notice, which provides a list of all parties served with the Claims Bar Date Notice ("BNC Certificate"). Attached hereto as **Exhibit "2"** is a true and correct copy of the BNC Certificate.

11

7.      On June 16, 2019, the Court held a hearing on the Court's "Status Conference re Notice Issues and Potential Reopening of Opportunity to File Claims."

8.      On July 17, 2019, for the reasons stated on the record, the Court entered its Order Reopening Time for Filing Claims ("Order Setting Bar Date"). Attached hereto as **Exhibit "3"** is a true and correct copy of the Order Setting Bar Date.

9.      Pursuant to the Order Setting Bar Date, the deadline time for filing claims was reopened for a period of 60 days (measured from date of entry of this order) so that creditors who did not receive notice of the opportunity to file claims may do so. Accordingly, the new claims bar date was determined to be September 16, 2019.

10.      On or about July 20, 2019, the BNC issued its Certificate of Notice, which provides a list of all parties served with a second claims bar date notice ("2nd BNC Certificate"). Attached hereto as **Exhibit "4"** is a true and correct copy of the 2nd BNC Certificate.

11.      On or about June 20, 2019, George P. Eshoo ("Mr. Eshoo" or "Claimant") filed a general unsecured claim in the amount of $551,798.43. This claim is docketed as Claim No. 12 on the Court's claims register ("Claim No. 12").  Attached hereto as **Exhibit "5"** is a true and correct copy of Claim No. 12.

12.      According to Claim No. 12, the basis of the claim is for "Legal services (Feb. 2, 2015 to July 31, 2018), hard costs advanced and interest on unpaid balance to June 20, 2019."

13.      Attached as supporting documentation to Claim No. 12 is a one-page breakdown of attorney fees, costs and interest through June 20, 2019.

14.      On November 1, 2021, at my direction, my office emailed Mr. Eshoo and requested that he provide back-up documentation to Claim No. 12 that may include, but not limited to, a fully executed retainer agreement and redacted time entries for his representation of

the individual Debtor in pre-petition state court litigation. My office also advised that Mr. Eshoo

is not entitled to any fees, costs or interest incurred post-petition. In addition, it appeared that

Claim No. 13 (see below) was a duplicate of Claim No. 12. My office requested that Mr. Eshoo

file a withdrawal of Claim No. 13. Attached hereto as **Exhibit "6"** is a true and correct copy of

the November 1, 2021 email from my office to Mr. Eshoo.

15.     On November 4, 2021, Mr. Eshoo forwarded a written response to me that

advised the following:

a.  Claimant Eshoo intended Claim No. 13 to replace Claim No. 12. This is noted in the

Remarks in the Claims Registry at each Claim No. 12 and Claim No. 13.

b.  We recall that you (a) already asked the same question in 2019 or 2020; (b) were not

satisfied with the response; and (c) unilaterally withdrew on of the two Claims. The

Claim Nbr. that was removed is not resolved by the case registry nor prior email

correspondence, and I will not guess while at risk of removing the sole remaining

Claim.

c.  Claimant Eshoo intended Claim No. 13 to replace Claim No. 12 as noted in the

Remarks on the Claims Registry. If you erred in any way such as removed the wrong

Claim, then the error(s) need(s) to be repaired so that the Law Office Claim remains

intact without e.g. any reduction in priority nor introduction of other prejudice.

16.     The remarks made by Mr. Eshoo on the claims register that Claim No. 13 was

replacing Claim No. 12, does not remove defective Claim No. 12 from the claims register.

17.     In addition, I was not able to locate any 2019 or 2020 email correspondence

between my office and Mr. Eshoo regarding a resolution to his filed claims. Trustee's do not

"unilaterally withdraw" claims filed by creditors. Attached hereto as **Exhibit "7"** is a true and

correct copy of Mr. Eshoo's November 4, 2021 response to the November 1, 2021 email from

my office to Mr. Eshoo.

18.     While the amounts are different, a review of Claim No. 12 and Claim No. 13

indicate that both claims contain the same basis and essentially the same supporting

documentation. The difference in Claim No. 12 and Claim No. 13 is the dollar amount as Mr.

Eshoo extends the "ongoing interest" to a later date in Claim No. 13.

19.     Claim No. 12 lacks adequate documentation to support the claim and is a

duplicate of Claim No. 13.

20.     Based on the above, I object to Claim No. 12 and I request that Claim No. 12 be

disallowed in its entirety.

21.     On or about July 18, 2019, George P. Eshoo ("Mr. Eshoo" or "Claimant") filed a

general unsecured claim in the amount of $615,229.02. This claim is docketed as Claim No. 13

on the Court's claims register ("Claim No. 13").  Attached as **Exhibit "8"** is a true and correct

copy of Claim No. 13.

22.     According to Claim No. 13, the basis of the claim is "legal services (2 Feb 2015

to 31 July 2018) and interest on unpaid balance to 30 June 2019. Hard Costs Pending."

23.     Attached as supporting documentation to Claim No. 13 is a one-page breakdown

of attorney fees, costs and interest through July 18, 2019.

24.     As stated above, on November 1, 2021, my office emailed Mr. Eshoo and

requested that he provide back-up documentation to Claim No. 13 that may include, but not

limited to, a fully executed retainer agreement and redacted time entries for his representation of

the individual Debtor in pre-petition state court litigation. My office also advised Mr. Eshoo that

he is not entitled to any fees, costs or interest incurred post-petition. In addition, it appeared that

14

Claim No. 12 (see above) was a duplicate of Claim No. 13. My office requested that Mr. Eshoo

file a withdrawal of duplicate Claim No. 13 and provide supporting documentation of the

remaining claim. *See*, Exhibit "6".

25.     On November 4, 2021, Mr. Eshoo responded to the November 1, 2021 email from

my office. *See*, Exhibit "7".

26.     As of the filing of this Claim Objection, Mr. Eshoo has not provided sufficient

supporting documentation to Claim No. 13, nor a response to me informing Mr. Eshoo that he is

not entitled to any legal fees, costs or interest incurred post-petition.

27.     Claim No. 13 lacks adequate documentation to support the claim.

28.     Based on the above, I object to Claim No. 13 and I request that Claim No. 13 be

disallowed in its entirety.

29.     On or about September 12, 2019, Tahim and Associates, a Professional

Corporation ("Tahim" or "Claimant") filed a general unsecured claim in the amount of

$6,125.00. This claim is docketed as Claim No. 15 on the Court's claims register ("Claim No.

15"). Attached hereto as **Exhibit "9"** is a true and correct copy of Claim No. 15.

30.     According to Claim No. 15, the basis of the claim is for "Services performed."

31.     Attached as supporting documentation to Claim No. 15 is an invoice addressed to

Versailles Investments, LLC for, among other things, preparation of 2014 and 2015 Federal and

State LLC income tax returns for Versailles Investments, LLC as well as reconciling bank

accounts for all 12 months of 2014 for both accounts. Also attached is a breakdown of the

calculation of post-petition interest for the invoice for Tahim's client Versailles Investments,

LLC.

32.      During the month of November 2021, my office communicated with Tahim and requested they provide back-up documentation to Claim No. 15 that would demonstrate the individual Debtor was liable for the debt listed in Claim No. 15. Tahim advised my office that in addition to the LLC, their office prepared the Debtor's individual tax returns and that they would locate and provide those documents. Tahim later advised my office that they were able to only locate the LLC tax returns and not the individual tax returns. My office requested Tahim to forward any documents they located to support Claim No. 15. To date, my office has yet to receive any documentation from Tahim suggesting the individual Debtor is liable for the debt listed in Claim No. 15. Copies of the relevant November 2021 emails between my office and Tahim are attached hereto as collective **Exhibit "10"** and incorporated herein by this reference.

33.      Claim No. 15 lacks adequate documentation to support the claim.

34.      Based on the above, I object to Claim No. 15 and I request that Claim No. 15 be disallowed in its entirety.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this Declaration was executed on December 3, 2021, at Mission Viejo, California.

_____
Thomas H. Casey, Declarant

16

**Exhibit 1**

# United States Bankruptcy Court
## Central District of California

**411 West Fourth Street, Suite 2030, Santa Ana, CA 92701-4593**

## NOTICE OF POSSIBLE DIVIDEND AND
## ORDER FIXING TIME TO FILE CLAIMS

**DEBTOR(S) INFORMATION:**                    **BANKRUPTCY NO.** 8:17-bk-10976-TA
Zia Shlaimoun                                 **CHAPTER** 7
**SSN:** xxx-xx-1963
**EIN:** N/A

6789 Quail Hill Pkwy, Ste 414
Irvine, CA 92603

Notice is hereby given that sufficient assets may become available for a distribution to creditors in the above-captioned bankruptcy case.

Therefore, in accordance with the provisions of Bankruptcy Rule 3002(c)(5), creditors must file their proofs of claim **on or before November 3, 2017**.

**ANY CREDITOR WHO HAS PREVIOUSLY FILED A PROOF OF CLAIM NEED NOT FILE AGAIN.**

A Proof of Claim form (Official Form 410) can be obtained at the United States Court's website: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any bankruptcy clerk's office.

Dated: July 31, 2017

For The Court,

**Kathleen J. Campbell**
Clerk of Court

(Form ntcpdiv – VAN–10) Rev 12/2015                                    **127 / TC**

EXHIBIT 1  PAGE 17

**Exhibit 2**

United States Bankruptcy Court
Central District of California

In re:                                                          Case No. 17-10976-TA
Zia Shlaimoun                                                   Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-8          User: cbeezerC          Page 1 of 2          Date Rcvd: Jul 31, 2017
                             Form ID: ntcpdiv          Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 02, 2017.
db           +Zia Shlaimoun,   6789 Quail Hill Pkwy, Ste 414,   Irvine, CA 92603-4233
aty          +Law Offices of Thomas H Casey Inc a Professional C,   22342 Avenida Empresa Ste 200,
              Rancho Santa Margarita, CA 92688-2148
cr           +Amy Hsiao,   c/o L. Scott Keehn,   Keehn Law Group, APC,   501 W. Broadway, Ste. 1025,
              San Diego, CA 92101-3546
cr           +Daimler Trust,   c/o BK Servicing, LLC,   Po Box 131265,   Roseville, MN 55113-0011
cr           +Hybrid Finance, LTD.,   Dillon Gerardi Hershberger Miller & Ahua,   5872 OWENS AVE STE 200,
              CARLSBAD, CA 92008-5518
37671805     +Account Management Ser,   6101 Ball Rd Ste 207,   Cypress, CA 90630-3965
37671810     +Chase Auto,   Po Box 901003,   Ft Worth, TX 76101-2003
37671812     +Designed Receivable So,   1 Centerpointe Dr Ste 45,   La Palma, CA 90623-1052
37694532     +Malibu Urgent Care,   Acct Management Services, Inc,   PO Box 2296,   Cypress, CA 90630-1796
37671815     +Mb Fin Svcs,   13650 Heritage Pkwy,   Fort Worth, TX 76177-5323
37671818     +Verizon Wireless,   Po Box 49,   Lakeland, FL 33802-0049

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr           +EDI: PTHCASEY.COM Aug 01 2017 02:28:00    Thomas H Casey (TR),
              22342 Avenida Empresa, Suite 200,   Rancho Santa Margarita, CA 92688-2148
smg           EDI: EDD.COM Aug 01 2017 02:28:00    Employment Development Dept.,   Bankruptcy Group MIC 92E,
              P.O. Box 826880,   Sacramento, CA 94280-0001
smg           EDI: CALTAX.COM Aug 01 2017 02:28:00    Franchise Tax Board,   Bankruptcy Section MS: A-340,
              P.O. Box 2952,   Sacramento, CA 95812-2952
cr           +EDI: AISACG.COM Aug 01 2017 02:28:00    BMW Financial Services NA, LLC,
              c/o Ascension Capital Group,   P.O. Box 165028,   Irving, TX 75016,
              UNITED STATES 75016-5028
37671806      EDI: AMEREXPR.COM Aug 01 2017 02:28:00    Amex,   P.o. Box 981537,   El Paso, TX 79998-1537
37671807      EDI: BANKAMER.COM Aug 01 2017 02:28:00    Bankamerica,   Po Box 982238,   El Paso, TX 79998
37671808      EDI: BANKAMER.COM Aug 01 2017 02:28:00    Bk Of Amer,   Po Box 982238,   El Paso, TX 79998
37671809      EDI: BMW.COM Aug 01 2017 02:28:00    Bmw Financial Services,   5515 Parkcenter Cir,
              Dublin, OH 43017
37671811     +EDI: CHASE.COM Aug 01 2017 02:28:00    Chase Card,   Po Box 15298,   Wilmington, DE 19850-5298
37671813     +EDI: TSYS2.COM Aug 01 2017 02:28:00    Dsnb Macys,   9111 Duke Blvd,   Mason, OH 45040-8999
37671814     +E-mail/Text: bknoticing@grantweber.com Aug 01 2017 02:28:48    Grant & Weber,
              26610 West Agoura Rd Ste,   Calabasas, CA 91302-2975
37671816     +E-mail/Text: bnc@nordstrom.com Aug 01 2017 02:28:34    Nordstrom/td,   13531 E Caley Ave,
              Englewood, CO 80111-6505
37671817     +EDI: TFSR.COM Aug 01 2017 02:28:00    Toyota Motor Credit Co,   440 E Huntington Dr Ste,
              Arcadia, CA 91006-3776
37798425     +EDI: AIS.COM Aug 01 2017 02:28:00    Verizon,   by American InfoSource LP as agent,
              4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
37671819     +EDI: WFFC.COM Aug 01 2017 02:28:00    Wells Fargo,   Po Box 14517,   Des Moines, IA 50306-3517
37671820     +EDI: WFFC.COM Aug 01 2017 02:28:00    Wffnb Retail,   Po Box 94498,   Las Vegas, NV 89193-4498
                                                                                          TOTAL: 16

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
intp          Courtesy NEF

                                                                     TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 02, 2017                          Signature:  /s/Joseph Speetjens

_____

# CM/ECF NOTICE OF ELECTRONIC FILING

EXHIBIT 2  PAGE 18

Case 8:17-bk-10976-TA   Doc 246   Filed 12/03/21   Entered 12/03/21 12:31:11   Desc
Case 8:17-bk-10976-TA   Main Document 08/02/19 Page 24 of 70 08/02/17 21:59:48   Desc
Imaged Certificate of Notice   Page 2 of 3

District/off: 0973-8          User: cbeezerC          Page 2 of 2          Date Rcvd: Jul 31, 2017
                             Form ID: ntcpdiv         Total Noticed: 27

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 31, 2017 at the address(es) listed below:
          Alan L. Armstrong    on behalf of Interested Party    Courtesy NEF alan@alanarmstrong.com
          Charles  Shamash    on behalf of Debtor Zia  Shlaimoun cs@locs.com,  generalbox@locs.com
          Eric V Anderton    on behalf of Interested Party    Courtesy NEF eanderton@catanzarite.com,
           bphillips@catanzarite.com
          Kathleen J McCarthy    on behalf of Trustee Thomas H Casey (TR) kdriggers@tomcaseylaw.com,
           msilva@tomcaseylaw.com
          Scott L Keehn    on behalf of Creditor Amy  Hsiao scottk@keehnlaw.com,  chrisf@keehnlaw.com
          Scott L Keehn    on behalf of Creditor   Hybrid Finance, LTD. scottk@keehnlaw.com,
           chrisf@keehnlaw.com
          Thomas H Casey    on behalf of Trustee Thomas H Casey (TR) kdriggers@tomcaseylaw.com,
           msilva@tomcaseylaw.com
          Thomas H Casey (TR)    msilva@tomcaseylaw.com,    thc@trustesolutions.net
          Timothy J Silverman    on behalf of Creditor   BMW Financial Services NA, LLC
           tsilverman@scheerlawgroup.com
          Timothy P Dillon    on behalf of Creditor Amy  Hsiao tdillon@dillongerardi.com,
           kramirez@dghmalaw.com
          Timothy P Dillon    on behalf of Creditor   Hybrid Finance, LTD. tdillon@dillongerardi.com,
           kramirez@dghmalaw.com
          United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
          Zann R Welch    on behalf of Creditor   BMW Financial Services NA, LLC
           ecfnotices@ascensioncapitalgroup.com
                                                                         TOTAL: 13

EXHIBIT 2  PAGE 19

Case 8:17-bk-10976-TA    Doc 246    Filed 12/03/21    Entered 12/03/21 12:31:11    Desc
Case 8:17-bk-10976-TA    Main Document 08/02/17    Page 25 of 70    08/02/17 21:59:48    Desc
Imaged Certificate of Notice    Page 3 of 3

# United States Bankruptcy Court
## Central District of California

**411 West Fourth Street, Suite 2030, Santa Ana, CA 92701-4593**

## NOTICE OF POSSIBLE DIVIDEND AND
## ORDER FIXING TIME TO FILE CLAIMS

| | |
|---|---|
| **DEBTOR(S) INFORMATION:**<br>Zia Shlaimoun<br>**SSN:** xxx-xx-1963<br>**EIN:** N/A<br><br>6789 Quail Hill Pkwy, Ste 414<br>Irvine, CA 92603 | **BANKRUPTCY NO.** 8:17-bk-10976-TA<br>**CHAPTER** 7 |

Notice is hereby given that sufficient assets may become available for a distribution to creditors in the above-captioned bankruptcy case.

Therefore, in accordance with the provisions of Bankruptcy Rule 3002(c)(5), creditors must file their proofs of claim **on or before November 3, 2017**.

**ANY CREDITOR WHO HAS PREVIOUSLY FILED A PROOF OF CLAIM NEED _NOT_ FILE AGAIN.**

A Proof of Claim form (Official Form 410) can be obtained at the United States Court's website: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any bankruptcy clerk's office.

Dated: July 31, 2017

For The Court,

**Kathleen J. Campbell**
Clerk of Court

(Form ntcpdiv – VAN–10) Rev 12/2015                                                127 / TC

EXHIBIT 2  PAGE 20

**Exhibit 3**

FILED & ENTERED

JUL 17 2019

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY steinber  DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>ZIA SHLAIMOUN<br><br><div align="right">Debtor(s).</div> | Case No.: 8:17-bk-10976-TA<br><br>CHAPTER 7<br><br>**ORDER REOPENING TIME FOR FILING CLAIMS**<br><br>Date:    July 16, 2019<br>Time:    11:00 a.m.<br>Courtroom:  5B |

A hearing was held on the courts' "Status Conference re Notice Issues and Potential Reopening of Opportunity to File Claims" on the date and time stated above. Appearances were noted on the record. For the reasons stated on the record, the time for filing claims is reopened for a period of 60 days (measured from date of entry of this order) so that creditors who did not receive notice of the opportunity to file claims may do so. The Clerk's Office is instructed to issue such a notice.

##

Date: July 17, 2019

*Theodor C. Albert*

Theodor C. Albert
United States Bankruptcy Judge

EXHIBIT 3  PAGE 21

**Exhibit 4**

United States Bankruptcy Court
Central District of California

In re:                                                              Case No. 17-10976-TA
Zia Shlaimoun                                                       Chapter 7
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-8          User: hcoronaC           Page 1 of 3          Date Rcvd: Jul 18, 2019
                             Form ID: pdf002           Total Noticed: 78

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 20, 2019.

| | | |
|---|---|---|
| db | +Zia Shlaimoun, | 6789 Quail Hill Pkwy, Ste 414, | Irvine, CA 92603-4233 |

db        +Zia Shlaimoun,    6789 Quail Hill Pkwy, Ste 414,    Irvine, CA 92603-4233
aty       #+Law Offices of Thomas H Casey Inc a Professional C,    22342 Avenida Empresa Ste 200,
            Rancho Santa Margarita, CA 92688-2148
aty       +Michael Jason Lee,    Law Offices of Michael Jason Lee,    4660 La Jolla Village Dr,    Ste 100,
            San Diego, CA 92122-4604
aty       +Sunjina Kaur Anand Ahuja,    Dillon Gerardi Hershberger Miller Ahuja,    5872 Owens Avenue,
            Ste 200,   Carlsbad, CA 92008-5518
cr        +Amy Hsiao,    c/o L. Scott Keehn,    Keehn Law Group, APC,    501 W. Broadway, Ste. 1025,
            San Diego, CA 92101-3546
cr        +Catanzarite Law Corporation,    Catanzarite Law Corporation,    2331 W. Lincoln Ave.,
            Anaheim, CA 92801-5132
cr        +Daimler Trust,    c/o BK Servicing, LLC,    PO Box 131265,    Roseville, MN 55113-0011
acc       +Hahn Fife & Company,    790 E Colorado Blvd 9th Fl,    Pasadena, CA 91101-2193
cr        +Hybrid Finance, LTD.,    Dillon Gerardi Hershberger Miller & Ahua,    5872 OWENS AVE STE 200,
            CARLSBAD, CA 92008-5518
39621147   +561 Limited Liability Company,    561 Andrews Avenue,    Youngstown, OH 44505-3064
37671805   +Account Management Ser,    6101 Ball Rd Ste 207,    Cypress, CA 90630-3965
38003661    American Express Centurion Bank,    c/o Becket and Lee LLP,    PO Box 3001,
            Malvern PA 19355-0701
39621149   +Amex,   Correspondence,    Po Box 981540,    El Paso, TX 79998-1540
37671806   +Amex,    P.o. Box 981537,    El Paso, TX 79998-1537
39621150   +Amy Hsiao,    c/o Michael Jason Lee,    4660 La Jolla Village Drive Suite 500,
            San Diego, CA 92122-4605
38153497   +Amy Hsiao,    c/o L Scott Keehn Esq,    501 W Broadway Ste 1025,    San Diego, CA 92101-3546
39621151   +Anne Tahim,    2331 West Lincoln Avenue Suite 300,    Anaheim, CA 92801-5103
37671807   ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
           (address filed with court: Bankamerica,    Po Box 982238,    El Paso, TX 79998)
39621154   +Buchalter Nemer,    1000 Wilshire Boulevard Suite 1500,    Los Angeles 90017-1730
38155574   +Catanzarite Law Corporation,    2331 West Lincoln Avenue,    Anaheim, CA 92801-5132
39621155   +Charles & Stephanie Begini,    c/o Mark Hankin Etess,    1562 Glen Oaks Blvd Floor 2,
            Pasadena, CA 91105-1009
39621146   +Charles Shamash,    Caceres & Shamash, LLP,    8200 Wilshire Boulevard Suite 400,
            Beverly Hills, CA 90211-2315
37671810   +Chase Auto,    Po Box 901003,    Ft Worth, TX 76101-2003
39621156    Chase Auto Finance,    National Bankruptcy Dept,    201 N Central Ave Ms Az1-1191,
            Phoenix, AZ 85004
37671811   +Chase Card,    Po Box 15298,    Wilmington, DE 19850-5298
39621157   +Chase Card,    Attn: Correspondence Dept,    Po Box 15298,    Wilmington, DE 19850-5298
37671812   +Designed Receivable So,    1 Centerpointe Dr Ste 45,    La Palma, CA 90623-1052
39621158   +Designed Receivable Solutionsr Inc. /DRS,    1 Centerpointe Drive, Suite 450,
            La Palma, CA 90623-1052
37671813   +Dsnb Macys,    9111 Duke Blvd,    Mason, OH 45040-8999
39621163    Garcia Jensen,    5 Olders Avenue,    Woodford Green,    Essex - England
39621164   +George Eshoo,    702 Marshall Street Suite 500,    Redwood City, CA 94063-1826
39628389   +George P. Eshoo,    702 Marshall St,    Ste 500,    Redwood City, CA 94063-1826
39621166   +Heyde Management, LLC,    c/o The Maune Company,    7711 Bonhomme Avenue Suite 310,
            Saint Louisr MO 63105-1908
39621167   +Hybrid Finance, Ltd.,    c/o Sunjina K. Ahuja,    5872 Owens Avenue Suite 200,
            Carlsbad 92008-5518
38154493   +Hybrid Finance, Ltd.,    c/o Michael J. Lee,    Law Offices of Michael Jason Lee, APLC,
            4660 La Jolla Village Drive, Suite 500,    San Diego, CA 92122-4605
39621169   +Irvine Water,    15600 Sand Canyon Avenue,    Irvine, CA 92618-3102
39621170   +Karin Gurwell,    7755 Center Avenue Suite 1100,    Huntington Beach, CA 92647-3091
37694532   +Malibu Urgent Care,    Acct Management Services, Inc,    PO Box 2296,    Cypress, CA 90630-1796
39621171   +Medicare,    7500 Security Boulevard,    Windsor Mill, MD 21244-1850
39621173   +Mylab Diagnostics, LLC,    448 Sovereign Court,    Unit B,    Ballwin 63011-4445
38038549   +Southern California Edison,    1551 W San Bernardino Rd,    Covina, CA 91722-3407
39621175   +Southern California Edison,    1721 220nd Street,    Santa Monica, CA 90404-3920
39621176   +Southern California Gas Company,    P.O. Box C,    Monterey Parkr CA 91756-0001
39621177   +Suzan Shamoon,    566 Chiswick High Road,    London W4 5YA,    England
39621178   ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOXX 8026,    CEDAR RAPIDS IA 52408-8026
           (address filed with court: Toyota Motor credit Corp,    Po Box 8026,    Cedar Rapids, IA 52408)
37671817   +Toyota Motor Credit Co,    440 E Huntington Dr Ste,    Arcadia, CA 91006-3776
39621179   +US Attorney's Office Civil Process,    300 North Los Angeles Street,
            Federal Building Room 7516,    Los Angeles, CA 90012-3308
39621180   +USDOJ Attorney General,    P.O. Box 683,    Ben Franklin Station,    Washington, DC 20044-0683
39621183   +Visa Dept Store National Bank/Macy's,    Attn: Bankruptcy,    Po Box 8053,    Mason, OH 45040-8053
37671819   +Wells Fargo,    Po Box 14517,    Des Moines, IA 50306-3517
39621184   +Wells Fargo Bank Card,    Mac F82535-02f,    Po Box 10438,    Des Moines, IA 50306-0438
38015486    Wells Fargo Bank, N.A.,    PO Box 10438, MAC F8235-02F,    Des Moines, IA 50306-0438
38003927    Wells Fargo Bank, N.A.,    Wells Fargo Card Services,    PO Box 10438, MAC F8235-02F,
            Des Moines, IA 50306-0438
39621185   +Wffnb Retail,    Cscl Dispute Team,    Des Moines, IA 50306
37671820   +Wffnb Retail,    Po Box 94498,    Las Vegas, NV 89193-4498

EXHIBIT 4  PAGE 22

```
District/off: 0973-8          User: hcoronaC            Page 2 of 3              Date Rcvd: Jul 18, 2019
                              Form ID: pdf002           Total Noticed: 78
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: itcdbg@edd.ca.gov Jul 19 2019 03:24:50    Employment Development Dept.,
               Bankruptcy Group MIC 92E,   P.O. Box 826880,   Sacramento, CA  94280-0001
smg            E-mail/Text: BKBNCNotices@ftb.ca.gov Jul 19 2019 03:25:44    Franchise Tax Board,
               Bankruptcy Section MS: A-340,   P.O. Box 2952,   Sacramento, CA  95812-2952
cr             E-mail/PDF: acg.acg.ebn@americaninfosource.com Jul 19 2019 03:47:36
               BMW Bank of North America,    4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
cr            +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jul 19 2019 03:49:46
               BMW Financial Services NA, LLC,   c/o Ascension Capital Group,   P.O. Box 165028,
               Irving, TX 75016,   UNITED STATES 75016-5028
38206348       E-mail/PDF: ais.bmw.ebn@americaninfosource.com Jul 19 2019 03:48:53
               BMW Financial Services NA, LLC,   P.O. Box 3608,   Dublin OH 43016, OH  43016
37671809       E-mail/PDF: ais.bmw.ebn@americaninfosource.com Jul 19 2019 03:47:45    Bmw Financial Services,
               5515 Parkcenter Cir.,   Dublin, OH 43017
39621153       E-mail/PDF: ais.bmw.ebn@americaninfosource.com Jul 19 2019 03:47:47    Bmw Financial Services,
               Attn: Bankruptcy Department,   Po Box 3608,   Dublin, OH 43016
38675795      +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jul 19 2019 03:48:42
               BMW Financial Services NA, LLC,   4515 N. Santa Fe Ave., APS,   Oklahoma City, OK 73118-7901
39621159       E-mail/Text: itcdbg@edd.ca.gov Jul 19 2019 03:24:50    Employment Development Department,
               P.O. Box 826806,   Bankruptcy Group MIC 92E,   Sacramento, CA 94206-0001
39621160      +E-mail/Text: BKBNCNotices@ftb.ca.gov Jul 19 2019 03:25:44    Franchise Tax Board,
               P.O. Box 1673,   Bankruptcy Unit,   Sacramento, CA 95812-1673
39621161       E-mail/Text: BKBNCNotices@ftb.ca.gov Jul 19 2019 03:25:44    Franchise Tax Board,
               P.O. Box 2952,   Bankruptcy Section, MS: A-340,   Sacramento, CA 95812-2952
39621162       E-mail/Text: BKBNCNotices@ftb.ca.gov Jul 19 2019 03:25:44    Franchise Tax Board,
               P.O. Box 1720, MS: A-260,   c/o General Counsel Section,   Rancho Cordova, CA 95741-1720
39621165      +E-mail/Text: bknoticing@grantweber.com Jul 19 2019 03:24:58    Grant & Weber,
               Attn: Bankruptcy,   26575 W Agoura Rd,   Calabasas, CA 91302-1958
37671814      +E-mail/Text: bknoticing@grantweber.com Jul 19 2019 03:24:58    Grant & Weber,
               26610 West Agoura Rd Ste,   Calabasas, CA 91302-2975
39621168       E-mail/Text: cio.bncmail@irs.gov Jul 19 2019 03:24:39    Internal Revenue Service,
               P.O. Box 7346,   Centralized Bankruptcy,   Philadelphia, PA 19101-7346
37671815      +E-mail/Text: M74banko@daimler.com Jul 19 2019 03:25:41    Mb Fin Svcs,   13650 Heritage Pkwy,
               Fort Worth, TX 76177-5323
39621172      +E-mail/Text: M74banko@daimler.com Jul 19 2019 03:25:41    Mercedes-Benz Financial,
               Po Box 685,   Roanole, TX 76262-0685
39621174      +E-mail/Text: bnc@nordstrom.com Jul 19 2019 03:24:35    Nordstrom Fsb,   Correspondence,
               Po Box 6555,   Englewood, CO 80155-6555
37671816      +E-mail/Text: bnc@nordstrom.com Jul 19 2019 03:24:35    Nordstrom/td,   13531 E Caley Ave,
               Englewood, CO 80111-6505
39621182       E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jul 19 2019 03:23:19
               Verizon,   P.O. Box 920041,   Dallas, TX 75392-0041
39621181      +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jul 19 2019 03:23:19
               Verizon,   Verizon Wireless Bankruptcy Administrati,   500 Tecnolgy Dr Ste 500,
               Weldon Springs, MO 63304-2225
37798425      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 19 2019 03:50:17    Verizon,
               by American InfoSource LP as agent,    4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
37671818      +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jul 19 2019 03:23:19
               Verizon Wireless,   Po Box 49,   Lakeland, FL 33802-0049
                                                                                 TOTAL: 23
```

```
         ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
intp           Courtesy NEF
cr             JPMorgan Chase Bank, N.A.
acc*          +Hahn Fife & Company, LLP,   790 E Colorado Blvd 9th Fl,   Pasadena, CA 91101-2193
39621148*     +Account Management Ser,   6101 Ball Rd Ste 207,   Cypress, CA 90630-3965
37671808*    ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
               (address filed with court: Bk Of Amer,   Po Box 982238,   El Paso, TX 79998)
39621145*     +Zia Shlaimoun,   6789 Quail Hill Parkway,   Suite 414,   Irvine, CA 92603-4233
39621152     ##+Bank Of America,   Nc4-105-03-14,   Po Box 26012,   Greensboro, NC 27420-6012
                                                                    TOTALS: 2, * 4, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

EXHIBIT 4  PAGE 23

District/off: 0973-8          User: hcoronaC          Page 3 of 3          Date Rcvd: Jul 18, 2019
                             Form ID: pdf002          Total Noticed: 78

          ***** BYPASSED RECIPIENTS (continued) *****

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 20, 2019                        Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 18, 2019 at the address(es) listed below:
          Alan L. Armstrong    on behalf of Interested Party    Courtesy NEF alan@alanarmstrong.com
          Charles  Shamash    on behalf of Debtor Zia  Shlaimoun cs@locs.com,  generalbox@locs.com
          David B Shemano    on behalf of Defendant Zia  Shlaimoun dshemano@shemanolaw.com
          David B Shemano    on behalf of Debtor Zia  Shlaimoun dshemano@shemanolaw.com
          Dipika  Parmar    on behalf of Creditor    BMW Bank of North America dipika.parmar@aissolution.com
          Eric V Anderton    on behalf of Interested Party    Courtesy NEF eanderton@catanzarite.com,
          bphillips@catanzarite.com
          Eric V Anderton    on behalf of Creditor    Catanzarite Law Corporation eanderton@catanzarite.com,
          bphillips@catanzarite.com
          Jamie D Hanawalt    on behalf of Creditor    JPMorgan Chase Bank, N.A. ecfcacb@aldridgepite.com,
          jhanawalt@ecf.inforuptcy.com
          Jamie D Hanawalt    on behalf of Interested Party    Courtesy NEF ecfcacb@aldridgepite.com,
          jhanawalt@ecf.inforuptcy.com
          Kathleen J McCarthy    on behalf of Trustee Thomas H Casey (TR) kdriggers@tomcaseylaw.com,
          msilva@tomcaseylaw.com
          Michael J Lee    on behalf of Plaintiff    Hybrid, LTD. michael@mjllaw.com
          Michael J Lee    on behalf of Plaintiff Thomas H Casey michael@mjllaw.com
          Michael J Lee    on behalf of Plaintiff    Thomas H. Casey, Trustee of the Zia Shlaimoun Ch. 7
          Bankruptcy Estate michael@mjllaw.com
          Michael J Lee    on behalf of Creditor    Hybrid Finance, LTD. michael@mjllaw.com
          Scott L Keehn    on behalf of Creditor Amy  Hsiao scottk@keehnlaw.com,  chrisf@keehnlaw.com
          Scott L Keehn    on behalf of Creditor    Hybrid Finance, LTD. scottk@keehnlaw.com,
          chrisf@keehnlaw.com
          Thomas H Casey    on behalf of Trustee Thomas H Casey (TR) kdriggers@tomcaseylaw.com,
          msilva@tomcaseylaw.com
          Thomas H Casey (TR)    msilva@tomcaseylaw.com,  thc@trustesolutions.net
          Timothy J Silverman    on behalf of Creditor    BMW Financial Services NA, LLC
          tsilverman@scheerlawgroup.com
          Timothy P Dillon    on behalf of Plaintiff    Hybrid, LTD. tdillon@dghmalaw.com,
          ksauser@dghmalaw.com
          Timothy P Dillon    on behalf of Creditor Amy  Hsiao tdillon@dghmalaw.com,  ksauser@dghmalaw.com
          Timothy P Dillon    on behalf of Creditor    Hybrid Finance, LTD. tdillon@dghmalaw.com,
          ksauser@dghmalaw.com
          United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
          Zann R Welch    on behalf of Creditor    BMW Financial Services NA, LLC
          ecfnotices@ascensioncapitalgroup.com
                                                                          TOTAL: 24

EXHIBIT 4  PAGE 24

<div style="text-align:right">

FILED & ENTERED

JUL 17 2019

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY steinber  DEPUTY CLERK

</div>

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

In re:

ZIA SHLAIMOUN

Debtor(s).

Case No.: 8:17-bk-10976-TA

CHAPTER 7

**ORDER REOPENING TIME FOR FILING CLAIMS**

Date:        July 16, 2019
Time:        11:00 a.m.
Courtroom:  5B

A hearing was held on the courts' "Status Conference re Notice Issues and Potential Reopening of Opportunity to File Claims" on the date and time stated above. Appearances were noted on the record. For the reasons stated on the record, the time for filing claims is reopened for a period of 60 days (measured from date of entry of this order) so that creditors who did not receive notice of the opportunity to file claims may do so. The Clerk's Office is instructed to issue such a notice.

##

Date: July 17, 2019

*Theodr C. Albert*

Theodor C. Albert
United States Bankruptcy Judge

-1-

EXHIBIT 4  PAGE 25

**Exhibit 5**

| Fill in this information to identify the case: | |
|---|---|
| Debtor 1  Zia Shlaimoun | |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court  **Central District of California** | |
| Case number:  **17-10976** | |

**FILED**

**U.S. Bankruptcy Court**
**Central District of California**

6/20/2019

**Kathleen J. Campbell, Clerk**

## Official Form 410
# Proof of Claim

04/19

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

| Part 1: | Identify the Claim |
|---|---|

**1. Who is the current creditor?**

George P. Eshoo

Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor _____ Law Offices of George P. Eshoo

**2. Has this claim been acquired from someone else?**

☑ No
☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

George P. Eshoo

Name

702 Marshall St
Ste 500
Redwood City, CA 94063

Contact phone _____ 650-364-7030

Contact email _____ georgeeshoo@aol.com

Where should payments to the creditor be sent? (if different)

_____

Name

Contact phone _____

Contact email _____

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

_____

**4. Does this claim amend one already filed?**

☑ No
☐ Yes. Claim number on court claims registry (if known) _____    Filed on _____
                                                                 MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☑ No
☐ Yes. Who made the earlier filing? _____

Official Form 410                          Proof of Claim                          page 1

EXHIBIT 5  PAGE 26

| Part 2: | Give Information About the Claim as of the Date the Case Was Filed |
|---|---|

**6.** Do you have any number you use to identify the debtor?

☑ No

☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: _____

**7.** How much is the claim?

$ ___551798.43___

**Does this amount include interest or other charges?**
☐ No
☑ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8.** What is the basis of the claim?

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as healthcare information.

Legal services [Feb 2, 2015 to July 31, 2018], hard costs advanced and interest on unpaid balance to June 20, 2019.

**9.** Is all or part of the claim secured?

☑ No
☐ Yes. The claim is secured by a lien on property.

**Nature of property:**
☐ Real estate.    If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410–A) with this *Proof of Claim.*
☐ Motor vehicle
☐ Other. Describe: _____

**Basis for perfection:** _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property:**    $ _____

**Amount of the claim that is secured:**    $ _____

**Amount of the claim that is unsecured:**    $ _____    (The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:**    $ _____

**Annual Interest Rate** (when case was filed)    _____ %

☐ Fixed
☐ Variable

**10.** Is this claim based on a lease?

☑ No
☐ Yes. **Amount necessary to cure any default as of the date of the petition.** $ _____

**11.** Is this claim subject to a right of setoff?

☑ No
☐ Yes. Identify the property: _____

Official Form 410                    Proof of Claim                    page 2

EXHIBIT 5  PAGE 27

| 12. | Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? | ☑ No<br>☐ Yes. *Check all that apply:* | | Amount entitled to priority |
|---|---|---|---|---|
| | A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | | $_____ |
| | | ☐ Up to $3,025* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | | $_____ |
| | | ☐ Wages, salaries, or commissions (up to $13,650*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | | $_____ |
| | | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | | $_____ |
| | | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | | $_____ |
| | | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(_) that applies | | $_____ |
| | | * Amounts are subject to adjustment on 4/1/22 and every 3 years after that for cases begun on or after the date of adjustment. | | |

## Part 3:  Sign Below

| **The person completing this proof of claim must sign and date it.** FRBP 9011(b).<br><br>If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.<br><br>**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both.**<br>18 U.S.C. §§ 152, 157 and 3571. | Check the appropriate box:<br><br>☑  I am the creditor.<br>☐  I am the creditor's attorney or authorized agent.<br>☐  I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.<br>☐  I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.<br><br>I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.<br><br>I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.<br><br>I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|

Executed on date     6/20/2019
                               MM / DD / YYYY

/s/  George P. Eshoo, Esq

Signature

Print the name of the person who is completing and signing this claim:

Name            George P. Eshoo, Esq

                   First name       Middle name       Last name
Title             Attorney [CBN 39081]

Company       Law Offices of George P. Eshoo

                   Identify the corporate servicer as the company if the authorized agent is a servicer
Address         702 Marshasll St, Ste 500

                   Number   Street
                   Redwood City, CA 94063

                   City   State   ZIP Code
Contact phone    650-364-7030        Email    georgeeshoo@aol.com

EXHIBIT 5  PAGE 28

Case 8:17-bk-10976-TA    Claim 12-1 Part 2    Filed 06/20/19    Desc Attachment 1    Page
1 of 1

| Case Number:: 8:17-bk-10976-TA | |
|---|---|
| Debtor: Zia Shlaimoun | 702 Marshall St Ste 500 |
| Creditor: Law Offices of George P. Eshoo | Redwood City CA 94063 |
| | 650-364-7030 |
| ShlaimounZ_HRLY/Catz/Paya/APL/Oussha/Misc | georgeeshoo@aol.com |
| Attorney Fees [Feb. 2, 2015 to July 31, 2018] | $428,252.30 |
| Costs | data pending |
| Interest [10% per annum; 30 days grace; June 20, 2019] | $123,546.13 |
| Total [Interest is ongoing] | $551,798.43 |

EXHIBIT 5  PAGE 29

**Exhibit 6**

| | |
|---|---|
| **From:** | Marissa Silva |
| **To:** | georgeeshoo@aol.com |
| **Cc:** | Tom Casey |
| **Bcc:** | Jennifer Gregory |
| **Subject:** | Shlaimoun, Zia / 8:17-bk-10976-TA |
| **Date:** | Monday, November 1, 2021 5:07:58 PM |
| **Attachments:** | Claim No 12 - George Eshoo 062019.pdf |
| | Claim No 13 - George Eshoo 071819.pdf |

Mr. Eshoo,

Thomas H. Casey, Chapter 7 Trustee for the bankruptcy estate of Zia Shlaimoun, is commencing the case closing process and is reviewing all filed proof of claims. It appears that your law office has filed two proof of claims, claim numbers 12 and 13, copies of both claims are attached. It is my understanding that you represented individual Debtor Zia Shlaimoun and Versailles Investments, LLC in pre-petition litigation in the Orange County Superior Court.

It appears that while the dollar amounts are different, claim numbers 12 and 13 are duplicative of one another. In addition, each filed claim is requesting attorneys' fees and interest after the bankruptcy petition date of March 15, 2017. Please be advised that any legal fees or interest accrued beyond the petition date of March 15, 2017, are not allowed. In addition, neither claim number 12 or 13 contain any backup documentation supporting the claim.

Accordingly, within seven (7) days of the date of this email, the Trustee is requesting that you 1) file, in the US Bankruptcy Court, a withdrawal of duplicate claim number 13; and 2) provide back-up documentation to the undersigned to support claim number 12, such back-up documents may include, but are not limited to, a fully executed retainer agreement and redacted time entries for your representation of individual debtor Zia Shlaimoun.

If our office does not receive a timely response, the Trustee will file formal objections to both claims.

Thank you and I look forward to hearing from you.

Marissa Silva

Marissa Silva
Paralegal / Trustee Administrator
The Law Offices of Thomas H. Casey, Inc.
26400 La Alameda, Suite 210
Mission Viejo, CA 92691
Phone: (949) 766-8787, ext. 100
Fax:    (949) 766-9896
***Confidentiality Notice: The information in this e-mail message, including any files or documents attached hereto, is confidential and intended only for the use of the addressee(s) named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in***

EXHIBIT 6  PAGE 30

*error, please notify us immediately by telephone at (949)766-8787 and return the original message to the sender at the above address. Nothing in this communication is intended to operate as an electronic signature under applicable law.*

EXHIBIT 6  PAGE 31

**Exhibit 7**

<table>
<tr><td colspan="2"><b>LAW OFFICES OF GEORGE P. ESHOO</b><br>702 Marshall Street, Suite 500<br>Redwood City, CA 94063</td></tr>
<tr><td>TELEPHONE:  (650) 364-7030<br>FACSIMILE:  (650) 364-7033<br>EMAIL:        georgeeshoo@aol.com</td><td><b>GEORGE P. ESHOO</b><br><br>November 4, 2021</td></tr>
</table>

Thomas H. Casey [CBN138264]                    VIA U.S. MAIL AND [COURTESY] EMAIL
22342 Avenida Empresa, Ste 245,
Rancho Santa Margarita, CA 92688
(w) (949) 766-8787; (f) 9490766-9896
(e) tomcasey@tomcaseylaw.com
(e) msilva@tomcaseylaw.com

RE: Shlaimoun, Zia / 8:17-bk-10976-TA
*Eshoo Claim #12 (6/20/2019; $551,798.43) and Claim #13 (7/18/2019; $615,229.02)*

Dear Tom,

I am in receipt of email from Marissa Silva, Paralegal dated Nov. 1, 2021 that attached Claim #12 and Claim #13. Kindly note Claim #13 filed after the Order dated July 17, 2019 (Dkt. 228) that states: *"A hearing was held on the courts' "Status Conference re Notice Issues and Potential Reopening of Opportunity to File Claims"… For the reasons stated on the record, the time for filing claims is reopened for a period of 60 days (measured from date of entry of this order) so that creditors who did not receive notice of the opportunity to file claims may do so…"*

Claimant Eshoo intended Claim #13 to replace Claim #12. This is noted in the <u>Remarks</u> in the Claims Registry at each Claim #12 and Claim #13 <u>as noted below</u>:

<u>(#12) Filer Comment: Discovered omission from service on June 17 2019.</u>
<u>(#13) Filer Comment: CLAIM 12 REPLACED IN CLAIM PERIOD PER ORDER JULY 17 2019</u>

However, we recall that you (a) already asked the same question in 2019 or 2020; (b) were not satisfied with the response; and (c) unilaterally withdrew one of the two Claims. The Claim Nbr. that was removed is not resolved by the case registry nor prior email correspondence, and I will not guess while at risk of removing the sole remaining Claim.

Again, Claimant intended Claim #13 to replace Claim #12 as noted in the Remarks on the Claims Registry. If you erred in any way such as removed the wrong Claim, then the error(s) need(s) to be repaired so that the Law Office Claim remains intact without e.g. any reduction in priority nor introduction of other prejudice. Thank you, Tom.

Sincerely,
LAW OFFICES OF GEORGE P. ESHOO


By: _____
George P. Eshoo, Esq.

enc: Email from msilva@tomcaseylaw.com; Order (Dkt 228); Claim Registry.

ESHOO LTR TO CASEY, ATTY FOR BKCY-TR RE: SHLAIMOUN [817BK10976TA]                    1

EXHIBIT 7  PAGE 32

**From:** msilva@tomcaseylaw.com,
**To:** georgeeshoo@aol.com,
**Cc:** tomcasey@tomcaseylaw.com,
**Subject:** Shlaimoun, Zia / 8:17-bk-10976-TA
**Date:** Mon, Nov 1, 2021 5:07 pm
**Attachments:** Claim No 12 - George Eshoo 062019.pdf (75K), Claim No 13 - George Eshoo 071819.pdf (81K)

Mr. Eshoo,

Thomas H. Casey, Chapter 7 Trustee for the bankruptcy estate of Zia Shlaimoun, is commencing the case closing process and is reviewing all filed proof of claims. It appears that your law office has filed two proof of claims, claim numbers 12 and 13, copies of both claims are attached. It is my understanding that you represented individual Debtor Zia Shlaimoun and Versailles Investments, LLC in pre-petition litigation in the Orange County Superior Court.

It appears that while the dollar amounts are different, claim numbers 12 and 13 are duplicative of one another. In addition, each filed claim is requesting attorneys' fees and interest after the bankruptcy petition date of March 15, 2017. Please be advised that any legal fees or interest accrued beyond the petition date of March 15, 2017, are not allowed. In addition, neither claim number 12 or 13 contain any backup documentation supporting the claim.

Accordingly, within seven (7) days of the date of this email, the Trustee is requesting that you 1) file, in the US Bankruptcy Court, a withdrawal of duplicate claim number 13; and 2) provide back-up documentation to the undersigned to support claim number 12, such back-up documents may include, but are not limited to, a fully executed retainer agreement and redacted time entries for your representation of individual debtor Zia Shlaimoun.

If our office does not receive a timely response, the Trustee will file formal objections to both claims.

Thank you and I look forward to hearing from you.

Marissa Silva

Marissa Silva

Paralegal / Trustee Administrator

The Law Offices of Thomas H. Casey, Inc.

EXHIBIT 7  PAGE 33

26400 La Alameda, Suite 210

Mission Viejo, CA 92691

Phone: (949) 766-8787, ext. 100

Fax:     (949) 766-9896

*Confidentiality Notice: The information in this e-mail message, including any files or documents attached hereto, is confidential and intended only for the use of the addressee(s) named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone at (949)766-8787 and return the original message to the sender at the above address. Nothing in this communication is intended to operate as an electronic signature under applicable law.*

EXHIBIT 7  PAGE 34

**FILED & ENTERED**

**JUL 17 2019**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY steinber  DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>ZIA SHLAIMOUN<br><br><div align="right">Debtor(s).</div> | Case No.: 8:17-bk-10976-TA<br><br>CHAPTER 7<br><br>**ORDER REOPENING TIME FOR FILING CLAIMS**<br><br>Date:    July 16, 2019<br>Time:    11:00 a.m.<br>Courtroom:  5B |

A hearing was held on the courts' "Status Conference re Notice Issues and Potential Reopening of Opportunity to File Claims" on the date and time stated above. Appearances were noted on the record. For the reasons stated on the record, the time for filing claims is reopened for a period of 60 days (measured from date of entry of this order) so that creditors who did not receive notice of the opportunity to file claims may do so. The Clerk's Office is instructed to issue such a notice.

##

Date: July 17, 2019

_Theodor C. Albert_
Theodor C. Albert
United States Bankruptcy Judge

EXHIBIT 7  PAGE 35

U.S. Bankruptcy Court (v1.9.3 - LIVE)

# Central District of California
# Claims Register

### 8:17-bk-10976-TA Zia Shlaimoun Converted 03/28/2017

| | |
|---|---|
| **Judge:** Theodor Albert | **Chapter:** 7 |
| **Office:** Santa Ana | **Last Date to file claims:** 09/16/2019 |
| **Trustee:** Thomas H Casey (TR) | **Last Date to file (Govt):** 09/11/2017 |

| | | |
|---|---|---|
| *Creditor:* (37694532) | **Claim No: 1** | *Status:* |
| **Malibu Urgent Care** | *Original Filed* | *Filed by:* CR |
| Acct Management Services, Inc | *Date:* 03/24/2017 | *Entered by:* Sally Daniels |
| PO Box 2296 | *Original Entered* | *Modified:* |
| Cypress, CA 90630 | *Date:* 03/27/2017 | |

**Amount claimed: $333.30**

*History:*

| Details | 1-1 | 03/24/2017 Claim #1 filed by Malibu Urgent Care, Amount claimed: $333.30 (Daniels, Sally) |
|---|---|---|

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (37798425) | **Claim No: 2** | *Status:* |
| **Verizon** | *Original Filed* | *Filed by:* CR |
| by American InfoSource LP as agent | *Date:* 05/12/2017 | *Entered by:* Ashley Boswell |
| 4515 N Santa Fe Ave | *Original Entered* | *Modified:* |
| Oklahoma City, OK 73118 | *Date:* 05/12/2017 | |

**Amount claimed: $2224.35**

*History:*

| Details | 2-1 | 05/12/2017 Claim #2 filed by Verizon, Amount claimed: $2224.35 (Boswell, Ashley) |
|---|---|---|

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (38003661) | **Claim No: 3** | *Status:* |
| **American Express Centurion Bank** | *Original Filed* | *Filed by:* CR |
| c/o Becket and Lee LLP | *Date:* 08/18/2017 | *Entered by:* Greg Deegan |
| PO Box 3001 | *Original Entered* | *Modified:* |
| Malvern PA 19355-0701 | *Date:* 08/18/2017 | |

**Amount claimed: $29652.07**

*History:*

| Details | 3-1 | 08/18/2017 Claim #3 filed by American Express Centurion Bank, Amount claimed: $29652.07 (Deegan, Greg) |
|---|---|---|

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (38003927) | **Claim No: 4** | *Status:* |
| Wells Fargo Bank, N.A. | *Original Filed* | *Filed by:* CR |

EXHIBIT 7  PAGE 36

CM/ECF - U.S. Bankruptcy Court (v1.5.3 - LIVE)

Wells Fargo Card Services
PO Box 10438, MAC F8235-02F
Des Moines, IA 50306-0438

*Date:* 08/18/2017
*Original Entered*
*Date:* 08/18/2017

*Entered by:* Janet L Samuelson
*Modified:*

Amount claimed: $1221.69

*History:*

| Details | 4-1 | 08/18/2017 Claim #4 filed by Wells Fargo Bank, N.A., Amount claimed: $1221.69 (Samuelson, Janet) |

*Description:*

*Remarks:*

---

*Creditor:*    (38015486)
**Wells Fargo Bank, N.A.**
PO Box 10438, MAC F8235-02F
Des Moines, IA 50306-0438

**Claim No: 5**
*Original Filed*
*Date:* 08/24/2017
*Original Entered*
*Date:* 08/24/2017

*Status:*
*Filed by:* CR
*Entered by:* Trang Truong
*Modified:*

Amount claimed: **$2137.71**

*History:*

| Details | 5-1 | 08/24/2017 Claim #5 filed by Wells Fargo Bank, N.A., Amount claimed: $2137.71 (Truong, Trang) |

*Description:* (5-1) unsecured claim
*Remarks:*

---

*Creditor:*    (38038549)
**Southern California Edison**
1551 W San Bernardino Rd
Covina, CA 91722

**Claim No: 6**
*Original Filed*
*Date:* 09/01/2017
*Original Entered*
*Date:* 09/05/2017

*Status:*
*Filed by:* CR
*Entered by:* Sally Daniels
*Modified:*

Amount claimed: **$433.24**

*History:*

| Details | 6-1 | 09/01/2017 Claim #6 filed by Southern California Edison, Amount claimed: $433.24 (Daniels, Sally) |

*Description:*
*Remarks:*

---

*Creditor:*    (38038549)
**Southern California Edison**
1551 W San Bernardino Rd
Covina, CA 91722

**Claim No: 7**
*Original Filed*
*Date:* 09/01/2017
*Original Entered*
*Date:* 09/05/2017

*Status:*
*Filed by:* CR
*Entered by:* Sally Daniels
*Modified:*

Amount claimed: **$2372.46**

*History:*

| Details | 7-1 | 09/01/2017 Claim #7 filed by Southern California Edison, Amount claimed: $2372.46 (Daniels, Sally) |

*Description:*
*Remarks:*

---

*Creditor:*    (38153497)
Amy Hsiao
**c/o L Scott Keehn Esq**

**Claim No: 8**
*Original Filed*
*Date:* 11/03/2017

*Status:*
*Filed by:* CR

**EXHIBIT 7  PAGE 37**

CM/ECF - U.S. Bankruptcy Court (v1.5.3 - LIVE)

501 W Broadway Ste 1025              *Original Entered*              *Entered by:* Scott L Keehn
San Diego, CA 92101                 *Date:* 11/03/2017               *Modified:*

Amount claimed: $231296.41

*History:*

Details      8-1     11/03/2017  Claim #8 filed by Amy Hsiao, Amount claimed: $231296.41 (Keehn, Scott)

*Description:*

*Remarks:*


*Creditor:*      (38154493)         **Claim No: 9**                *Status:*
Hybrid Finance, Ltd.                *Original Filed*               *Filed by:* CR
c/o Michael J. Lee                  *Date:* 11/03/2017             *Entered by:* Michael J Lee
Law Offices of Michael Jason Lee, APLC   *Original Entered*        *Modified:*
4660 La Jolla Village Drive, Suite 500   *Date:* 11/03/2017
San Diego, CA 92122

Amount claimed: $2661457.00

*History:*

Details      9-1     11/03/2017  Claim #9 filed by Hybrid Finance, Ltd., Amount claimed: $2661457.00 (Lee, Michael)

*Description:*

*Remarks:*


*Creditor:*      (38155574)         **Claim No: 10**               *Status:* Withdraw 243
Catanzarite Law Corporation         *Original Filed*               *Filed by:* CR
2331 West Lincoln Avenue            *Date:* 11/03/2017             *Entered by:* Eric V Anderton
Anaheim, CA 92801                   *Original Entered*             *Modified:*
                                    *Date:* 11/03/2017

Amount  claimed: $300000.00
Secured  claimed: $300000.00

*History:*

Details      10-1    11/03/2017  Claim #10 filed by Catanzarite Law Corporation, Amount claimed: $300000.00 (Anderton, Eric)

             243     05/27/2021  Withdrawal of Claim(s): 10 Filed by Creditor Catanzarite Law Corporation. (Catanzarite, Keneth) Status: Withdraw

*Description:* (10-1) Undetermined Value - Litigation Claims

*Remarks:*


*Creditor:*      (38206348)         **Claim No: 11**               *Status:*
BMW Financial Services NA, LLC      *Original Filed*               *Filed by:* CR
P.O. Box 3608                       *Date:* 11/29/2017             *Entered by:* Rejoy Nalkara
Dublin OH 43016, OH 43016           *Original Entered*             *Modified:*
                                    *Date:* 11/29/2017

Amount claimed: $20728.33

*History:*

Details      11-1    11/29/2017  Claim #11 filed by BMW Financial Services NA, LLC, Amount claimed: $20728.33 (Nalkara, Rejoy)

*Description:*

*Remarks:*


**EXHIBIT 7  PAGE 38**

11/2/21, 10:27 AM

CM/ECF - U.S. Bankruptcy Court (v1.5.3 - LIVE)

| | | |
|---|---|---|
| Creditor:        (39628389)<br>George P. Eshoo<br>702 Marshall St<br>Ste 500<br>Redwood City, CA 94063 | **Claim No: 12**<br>*Original Filed<br>Date:* 06/20/2019<br>*Original Entered<br>Date:* 06/20/2019 | *Status:*<br>*Filed by:* CR<br>*Entered by:* ePOC-User AutoDocket<br>*Modified:* |

Amount claimed: $551798.43

*History:*

Details     12-1  06/20/2019  Claim #12 filed by George P. Eshoo, Amount claimed: $551798.43 (AutoDocket, ePOC-User)

*Description:*

*Remarks:* (12-1) Filer Comment: Discovered omission from service on June 17 2019.

| | | |
|---|---|---|
| Creditor:        (39628389)<br>George P. Eshoo<br>702 Marshall St<br>Ste 500<br>Redwood City, CA 94063 | **Claim No: 13**<br>*Original Filed<br>Date:* 07/18/2019<br>*Original Entered<br>Date:* 07/18/2019 | *Status:*<br>*Filed by:* CR<br>*Entered by:* ePOC-User AutoDocket<br>*Modified:* |

Amount claimed: $615229.02

*History:*

Details     13-1  07/18/2019  Claim #13 filed by George P. Eshoo, Amount claimed: $615229.02 (AutoDocket, ePOC-User)

*Description:*

*Remarks:* (13-1) Filer Comment: CLAIM 12 REPLACED IN CLAIM PERIOD PER ORDER JULY 17 2019

| | | |
|---|---|---|
| Creditor:        (39752230)<br>Buchalter, A Professional Corporation<br>Attn: Pamela Kohlman Webster<br>1000 Wilshire Blvd., Suit 1500<br>Los Angeles, CA 90017 | **Claim No: 14**<br>*Original Filed<br>Date:* 08/20/2019<br>*Original Entered<br>Date:* 08/20/2019 | *Status:*<br>*Filed by:* CR<br>*Entered by:* ePOC-User AutoDocket<br>*Modified:* |

Amount claimed: $37780.53

*History:*

Details     14-1  08/20/2019  Claim #14 filed by Buchalter, A Professional Corporation, Amount claimed: $37780.53 (AutoDocket, ePOC-User)

*Description:*

Remarks: (14-1) Account Number (last 4 digits):1317

| | | |
|---|---|---|
| Creditor:        (39802045)<br>Tahim And Association, APC<br>2331 w Lincoln Ave, Suite 300<br>Anaheim CA 92801 | **Claim No: 15**<br>*Original Filed<br>Date:* 09/12/2019<br>*Original Entered<br>Date:* 09/13/2019 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Glenda Deramus<br>*Modified:* |

Amount claimed: $6125.00

*History:*

Details     15-1  09/12/2019  Claim #15 filed by Tahim And Association, APC, Amount claimed: $6125.00 (Deramus, Glenda)

*Description:* (15-1) SERVICES PERFORMED

*Remarks:*

**EXHIBIT 7  PAGE 39**

11/2/21, 10:27 AM    CM/ECF - U.S. Bankruptcy Court (v7.9.3 - LIVE)

# Claims Register Summary

**Case Name:** Zia Shlaimoun
**Case Number:** 8:17-bk-10976-TA
**Chapter:** 7
**Date Filed:** 03/15/2017
**Total Number Of Claims:** 15

| | |
|---|---|
| **Total Amount Claimed*** | $4462789.54 |
| **Total Amount Allowed*** | |

*Includes general unsecured claims

**The values are reflective of the data entered. Always refer to claim documents for actual amounts.**

| | Claimed | Allowed |
|---|---|---|
| **Secured** | $300000.00 | |
| **Priority** | | |
| **Administrative** | | |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 11/02/2021 10:24:26 | | | |
| **PACER Login:** | georgeeshoo | **Client Code:** | |
| **Description:** | Claims Register | **Search Criteria:** | 8:17-bk-10976-TA Filed or Entered From: 10/13/2016 Filed or Entered To: 1/3/2022 |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |

EXHIBIT 7  PAGE 40

**Exhibit 8**

<table>
<tr><td>

**Fill in this information to identify the case:**

Debtor 1   Zia Shlaimoun

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court   **Central District of California**

Case number:  **17-10976**

</td><td>

**FILED**

**U.S. Bankruptcy Court**
**Central District of California**

7/18/2019

**Kathleen J. Campbell, Clerk**

</td></tr>
</table>

## Official Form 410
## Proof of Claim

04/19

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

### Part 1:  Identify the Claim

| | |
|---|---|
| **1. Who is the current creditor?** | George P. Eshoo<br><br>Name of the current creditor (the person or entity to be paid for this claim)<br><br>Other names the creditor used with the debtor   Law Offices of George P. Eshoo |
| **2. Has this claim been acquired from someone else?** | ☑ No<br>☐ Yes. From whom? |
| **3. Where should notices and payments to the creditor be sent?**<br><br>Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | **Where should notices to the creditor be sent?**<br>George P. Eshoo<br><br>Name<br><br>702 Marshall St<br>Ste 500<br>Redwood City, CA 94063<br><br>Contact phone   650-364-7030<br><br>Contact email   georgeeshoo@aol.com<br><br>Uniform claim identifier for electronic payments in chapter 13 (if you use one):<br>_____ | **Where should payments to the creditor be sent? (if different)**<br>702 Marshall St<br><br>Name<br><br>Contact phone _____<br><br>Contact email _____ |
| **4. Does this claim amend one already filed?** | ☑ No<br>☐ Yes. Claim number on court claims registry (if known) _____   Filed on _____<br>MM / DD / YYYY |
| **5. Do you know if anyone else has filed a proof of claim for this claim?** | ☑ No<br>☐ Yes. Who made the earlier filing? _____ |

Official Form 410                    Proof of Claim                    page 1

EXHIBIT 8  PAGE 41

**Part 2:** **Give Information About the Claim as of the Date the Case Was Filed**

| | |
|---|---|
| 6. **Do you have any number you use to identify the debtor?** | ☑ No<br>☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: _____ |
| 7. **How much is the claim?** | $  615229.02     **Does this amount include interest or other charges?**<br>    ☐ No<br>    ☑ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A). |
| 8. **What is the basis of the claim?** | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).<br>Limit disclosing information that is entitled to privacy, such as healthcare information.<br><br>LEGAL SERVICES [2FEB2015 TO 31JUL2018] AND INTEREST ON UNPAID BALANCE TO 30JUN2019. HARD COSTS PENDING. |
| 9. **Is all or part of the claim secured?** | ☑ No<br>☐ Yes. The claim is secured by a lien on property.<br>    **Nature of property:**<br>    ☐ Real estate.  If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*<br>    ☐ Motor vehicle<br>    ☐ Other. Describe: _____<br><br>    **Basis for perfection:** _____<br><br>    Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)<br><br>    **Value of property:**    $ _____<br>    **Amount of the claim that is secured:**    $ _____<br>    **Amount of the claim that is unsecured:**    $ _____ (The sum of the secured and unsecured amounts should match the amount in line 7.)<br><br>    **Amount necessary to cure any default as of the date of the petition:**    $ _____<br><br>    **Annual Interest Rate** (when case was filed) _____ %<br>    ☐ Fixed<br>    ☐ Variable |
| 10. **Is this claim based on a lease?** | ☑ No<br>☐ Yes. **Amount necessary to cure any default as of the date of the petition.** $ _____ |
| 11. **Is this claim subject to a right of setoff?** | ☑ No<br>☐ Yes. Identify the property: _____ |

EXHIBIT 8  PAGE 42

| 12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? | ☑ No ☐ Yes. *Check all that apply:* | | Amount entitled to priority |
|---|---|---|---|
| A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | | $ _____ |
| | ☐ Up to $3,025* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | | $ _____ |
| | ☐ Wages, salaries, or commissions (up to $13,650*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | | $ _____ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | | $ _____ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | | $ _____ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies | | $ _____ |
| | * Amounts are subject to adjustment on 4/1/22 and every 3 years after that for cases begun on or after the date of adjustment. | | |

## Part 3: Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157 and 3571.**

Check the appropriate box:

☑ I am the creditor.
☐ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date     7/18/2019
                     MM / DD / YYYY

/s/ George P. Eshoo, Esq

Signature

Print the name of the person who is completing and signing this claim:

Name         George P. Eshoo, Esq

             First name    Middle name    Last name
Title        Attorney [CBN 39081]

Company      Law Offices of George P. Eshoo

             Identify the corporate servicer as the company if the authorized agent is a servicer
Address      702 Marshall St Ste 500

             Number  Street
             Redwood City, CA 94063

             City   State   ZIP Code
Contact phone    650-364-7030        Email    georgeeshoo@aol.com

EXHIBIT 8  PAGE 43

| Case Number: 8:17-bk-10976-TA | 702 Marshall St Ste 500 |
| Debtor: Zia Shlaimoun | Redwood City CA 94063 |
| Creditor: Law Offices of George P. Eshoo | 650-364-7030 |
| ShlaimounZ_HRLY/Catz/Paya/APL/Oussha/Misc | georgeeshoo@aol.com |
| Attorney Fees [Feb. 2, 2015 to July 31, 2018] | $428,252.30 |
| Costs | data pending |
| Interest [10% per annum; 30 days grace; July 18, 2019] | $186,976.72 |
| Total [Interest is ongoing] | $615,229.02 |

EXHIBIT 8  PAGE 44

**Exhibit 9**

**Fill in this information to identify the case:**

Debtor 1    ZIA SHLAIMOUN

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:  Central District of California

Case number   8:17-bk-10976-TA



FILED

SEP 1 2 2019

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:_____ Deputy Clerk

## Official Form 410

# Proof of Claim

04/16

**Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.**

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

| Part 1: | Identify the Claim |
|---|---|

| | | |
|---|---|---|
| 1. Who is the current creditor? | **Tahim and Associates, A Professional Corporation**<br>Name of the current creditor (the person or entity to be paid for this claim)<br><br>Other names the creditor used with the debtor   **Anne Tahim, CPA** | |
| 2. Has this claim been acquired from someone else? | ☑ No<br>☐ Yes.  From whom? _____ | |
| 3. Where should notices and payments to the creditor be sent?<br><br>Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | **Where should notices to the creditor be sent?**<br><br>Tahim and Associates, APC<br>Name<br><br>2331 W. Lincoln Ave., Suite 300<br>Number    Street<br><br>Anaheim         CA     92801<br>City            State    ZIP Code<br><br>Contact phone  (714) 772-4744<br><br>Contact email  atahim@tahimcpas.com<br><br>Uniform claim identifier for electronic payments in chapter 13 (if you use one): | **Where should payments to the creditor be sent? (if different)**<br><br>Tahim and Associates, APC<br>Name<br><br>2331 W. Lincoln Ave., Suite 300<br>Number    Street<br><br>Anaheim         CA     92801<br>City            State    ZIP Code<br><br>Contact phone  (714) 772-4744<br><br>Contact email  atahim@tahimcpas.com |
| 4. Does this claim amend one already filed? | ☑ No<br>☐ Yes.  Claim number on court claims registry (if known) _____ | Filed on _____<br>            MM / DD / YYYY |
| 5. Do you know if anyone else has filed a proof of claim for this claim? | ☑ No<br>☐ Yes.  Who made the earlier filing? _____ | |

Official Form 410                             Proof of Claim                             page 1

EXHIBIT 9  PAGE 45

| Part 2: | Give Information About the Claim as of the Date the Case Was Filed |
| --- | --- |

**6. Do you have any number you use to identify the debtor?**

☑ No
☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ___ ___ ___ ___

**7. How much is the claim?**  $_____ 6,125.00 . **Does this amount include interest or other charges?**

☐ No
☑ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

Services performed

**9. Is all or part of the claim secured?**

☑ No
☐ Yes. The claim is secured by a lien on property.

**Nature of property:**

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*
☐ Motor vehicle
☐ Other. Describe: _____

**Basis for perfection:** _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

Value of property:                          $_____
Amount of the claim that is secured:        $_____

Amount of the claim that is unsecured:  $_____  (The sum of the secured and unsecured amounts should match the amount in line 7.)

Amount necessary to cure any default as of the date of the petition:  $_____

Annual Interest Rate (when case was filed) _____%
☐ Fixed
☐ Variable

**10. Is this claim based on a lease?**

☑ No
☐ Yes. Amount necessary to cure any default as of the date of the petition.  $_____

**11. Is this claim subject to a right of setoff?**

☑ No
☐ Yes. Identify the property: _____

EXHIBIT 9  PAGE 46

| 12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? | ☑ No | |
|---|---|---|
| A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ Yes. *Check one:* | **Amount entitled to priority** |
| | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| | ☐ Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| | ☐ Wages, salaries, or commissions (up to $12,850*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(___) that applies. | $_____ |
| | * Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment. | |

---

**Part 3:    Sign Below**

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

*Check the appropriate box:*

☑ I am the creditor.
☐ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  09 / 12 / 2019
                 MM / DD / YYYY

*Signature*  Anne Tahim

Print the name of the person who is completing and signing this claim:

| Name | Anne Tahim | | |
|---|---|---|---|
| | First name | Middle name | Last name |
| Title | President | | |
| Company | Tahim and Associates, A Professional Corporation | | |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. | | |
| Address | 2331 W. Lincoln Ave., Suite 300 | | |
| | Number        Street | | |
| | Anaheim | CA | 92801 |
| | City | State | ZIP Code |
| Contact phone | (714) 772-4744 | Email | atahim@tahimcpas.com |

Part 2: (7)

Proof of Interest Calculation

| Invoice # | Client Name | Invoice Amount | Invoice Date | Invoice Emailed | Balance Due Date | Today's Date | Days to Calculate Interest | Convert Days to Months | Interest | Interest on O/S Balance | Total Due |
|---|---|---|---|---|---|---|---|---|---|---|---|
| AT8495 | Versailles Investments, LLC | 4350.00 | 05/03/16 | 05/12/17 | 06/12/17 | 09/06/19 | 816 | 27.20 | 1.5% | 1774.80 | 6124.80 |

**Calculations of Days**

| Payment Due Date 06/12/17 | |
|---|---|
| 06/13/17 - 06/12/18 | 365 |
| 06/13/18 - 06/12/19 | 365 |
| 06/13/19 - 06/30/19 | 18 |
| 07/01/19 - 07/31/19 | 31 |
| 08/01/19 - 08/31/19 | 31 |
| 09/01/19 - 09/06/19 | 6 |
| **Total Days** | **816** |

EXHIBIT 9  PAGE 48

*Proof Services Rendered.*

## *Tahim and Associates, APC*

# Invoice

**Fax: 714-772-0650**
**2331 W. LINCOLN AVE., STE 300**
**ANAHEIM, CA 92801-5103**

| DATE | INVOICE # |
|------|-----------|
| 5/3/2016 | AT8495 |

| BILL TO: |
|----------|
| Versailles Investments, LLC<br>93 Canyon Creek<br>Irvine, CA 92603 |

| TERMS |
|-------|
| Due on receipt |

| DESCRIPTION | AMOUNT |
|-------------|--------|
| - Coding and posting of checks, automatic credits and debits to the bank, reconciliation of bank accounts for all 12 months of 2014 for both bank accounts. Discussion with client about missing bank statements and debits and credits to bank statements with no explanation.<br>- Recording of sale of Malibu property<br>- Preparation of financial statements (38*$95) | 3,610.00 |
| Preparation of 2014 Federal and State LLC income tax returns for Versailles Investments, LLC | 1,750.00 |
| Preparation of 2015 Federal and State LLC income tax returns for Versailles Investments, LLC | 950.00 |
| Called FTB, visit Santa Ana office to deliver the tax returns and payment. (Visit to be made)<br>Prepared form 3557 for LLC revivor | 500.00 |
| Mileage | 40.00 |
| Retainer applied from 4/4/2016 payment | -2,500.00 |
| **Interest Charges for past due invoice ** | 1,775.00 |

| | **Total** | $6,125.00 |
|--|-----------|-----------|
| | **Balance Due** | $6,125.00 |

*** Please note that all Invoices are due upon receipt. Any unpaid balance is subject to service charge at the rate of 1.5% per month. * Please note that Tahim and Associates, APC does not maintain clients' records for more than 5 year. Client is responsible to maintain their records for any extended period of time. ***

EXHIBIT 9   PAGE 49

FILED & ENTERED

JUL 17 2019

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY steinber DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>ZIA SHLAIMOUN<br><br><br>Debtor(s). | Case No.: 8:17-bk-10976-TA<br><br>CHAPTER 7<br><br>**ORDER REOPENING TIME FOR FILING CLAIMS**<br><br>Date:        July 16, 2019<br>Time:        11:00 a.m.<br>Courtroom:  5B |

   A hearing was held on the courts' "Status Conference re Notice Issues and Potential Reopening of Opportunity to File Claims" on the date and time stated above. Appearances were noted on the record. For the reasons stated on the record, the time for filing claims is reopened for a period of 60 days (measured from date of entry of this order) so that creditors who did not receive notice of the opportunity to file claims may do so. The Clerk's Office is instructed to issue such a notice.

##

Date: July 17, 2019

*Theodor C. Albert*

Theodor C. Albert
United States Bankruptcy Judge

-1-

*( Proof of Creditor )*

June 20, 2017


Anne Tahim
2331 West Lincoln Avenue
Suite 300
Anaheim, CA 92801

Re:    Shlaimoun, Zia


To Whom It May Concern:

On 3/15/17, the above-named debtor(s) filed a voluntary petition under Chapter 7 of the U.S. Bankruptcy Code.  The case number is 8:17-BK-10976 TA, U.S. Bankruptcy Court, Central District of California.  I am enclosing a copy of the file-stamped Automatic Stay verifying the filing of the Petition.


Under 11 U.S.C. Section 362 (a), you may not:

   - take any action against the debtor(s) or the debtor(s')'s property to collect any debt;

   - enforce any lien on debtor(s')'s real or personal property;

   - repossess any property in debtor(s')'s possession;

   - discontinue any service or benefit currently being provided to the debtor(s) by you;

   - take any action to evict the debtor(s) from his/her residential dwelling.

A violation of these prohibitions may be considered contempt of court and be punished accordingly.


Sincerely,


/s/ Charles Shamash
Charles Shamash 178110
Caceres & Shamash, LLP
8200 Wilshire Boulevard
Suite 400
Beverly Hills, CA 90211
(310) 205-3400 Fax: (310) 878-8308


EXHIBIT 9  PAGE 51

**Exhibit 10**

**From:** Jennifer Gregory
**Sent:** Friday, November 19, 2021 11:26 AM
**To:** atahim@tahimcpas.com
**Subject:** FW: ZIA SHLAIMOUN 17-10976-TA

Good morning,

I am following up on the attached proof of claim. Have you been able to locate the documents we discussed?

Thank you,

Jennifer Gregory
Trustee Administrator
The Law Offices of Thomas H. Casey, Inc.
26400 La Alameda, Suite 210
Mission Viejo, CA 92691
Direct:  (916) 284-7535
Fax:      (949) 766-9896

Confidentiality Notice: The information in this e-mail message, including any files or documents attached hereto, is confidential and intended only for the use of the addressee(s) named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone at (949)766-8787 and return the original message to the sender at the above address. Nothing in this communication is intended to operate as an electronic signature under applicable law.

EXHIBIT 10  PAGE 52

**From:** Jennifer Gregory
**Sent:** Monday, November 15, 2021 2:00 PM
**To:** Anne Tahim <atahim@tahimcpas.com>
**Subject:** RE: ZIA SHLAIMOUN 17-10976-TA

Yes, please send what you were able to locate.

Thank you,

Jennifer Gregory
Trustee Administrator
The Law Offices of Thomas H. Casey, Inc.
26400 La Alameda, Suite 210
Mission Viejo, CA 92691
Direct:  (916) 284-7535
Fax:      (949) 766-9896

Confidentiality Notice: The information in this e-mail message, including any files or documents
attached hereto, is confidential and intended only for the use of the addressee(s) named above. If
the reader of this message is not the intended recipient, or the employee or agent responsible to
deliver it to the intended recipient, you are hereby notified that dissemination, distribution or
copying of this communication is strictly prohibited. If you have received this communication in
error, please notify us immediately by telephone at (949)766-8787 and return the original message
to the sender at the above address. Nothing in this communication is intended to operate as an
electronic signature under applicable law.

**From:** Anne Tahim <atahim@tahimcpas.com>
**Sent:** Friday, November 12, 2021 5:14 PM
**To:** Jennifer Gregory <jgregory@tomcaseylaw.com>
**Subject:** Re: ZIA SHLAIMOUN 17-10976-TA

I found the LLC tax returns but I am still looking for personal tax return. Should I send you what I
have so far

Get Outlook for iOS

**From:** Jennifer Gregory <jgregory@tomcaseylaw.com>
**Sent:** Friday, November 12, 2021 4:46:56 PM
**To:** Anne Tahim <atahim@tahimcpas.com>
**Subject:** FW: ZIA SHLAIMOUN 17-10976-TA

Good afternoon,

EXHIBIT 10  PAGE 53

I am following up on the attached proof of claim. Have you been able to locate the documents we discussed?

Thank you,

Jennifer Gregory
Trustee Administrator
The Law Offices of Thomas H. Casey, Inc.
26400 La Alameda, Suite 210
Mission Viejo, CA 92691
Direct:  (916) 284-7535
Fax:      (949) 766-9896

Confidentiality Notice: The information in this e-mail message, including any files or documents attached hereto, is confidential and intended only for the use of the addressee(s) named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone at (949)766-8787 and return the original message to the sender at the above address. Nothing in this communication is intended to operate as an electronic signature under applicable law.

---

**From:** Jennifer Gregory
**Sent:** Monday, November 8, 2021 5:28 PM
**To:** atahim@tahimcpas.com
**Subject:** ZIA SHLAIMOUN 17-10976-TA

Good afternoon,

Thomas H. Casey, Chapter 7 Trustee for the bankruptcy estate of Zia Shlaimoun, is commencing the case closing process and is reviewing all filed proof of claims. Will you please contact me to discuss Claim #15, filed September 12, 2019?

If you have any questions, please don't hesitate to contact me.

Thank you,

Jennifer Gregory
Trustee Administrator
The Law Offices of Thomas H. Casey, Inc.
26400 La Alameda, Suite 210

EXHIBIT 10  PAGE 54

Mission Viejo, CA 92691
Direct:  (916) 284-7535
Fax:    (949) 766-9896

Confidentiality Notice: The information in this e-mail message, including any files or documents
attached hereto, is confidential and intended only for the use of the addressee(s) named above. If
the reader of this message is not the intended recipient, or the employee or agent responsible to
deliver it to the intended recipient, you are hereby notified that dissemination, distribution or
copying of this communication is strictly prohibited. If you have received this communication in
error, please notify us immediately by telephone at (949)766-8787 and return the original message
to the sender at the above address. Nothing in this communication is intended to operate as an
electronic signature under applicable law.

EXHIBIT 10  PAGE 55

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**26400 La Alameda, Suite 210, Mission Viejo, CA  92691**

A true and correct copy of the foregoing document entitled (*specify*): **Chapter 7 Trustee's Motion for Order Disallowing Claims Filed by: (1) George P. Eshoo, Claim No. 12; (2) George P. Eshoo, Claim No. 13; and (3) Tahim and Associates, a Professional Corporation, Claim No. 15; Memorandum of Points and Authorities; and Declaration of Chapter 7 Trustee Thomas H. Casey** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **December 3, 2021**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Eric V Anderton    eanderton@catanzarite.com, bphillips@catanzarite.com
- Alan L. Armstrong    alan@alanarmstrong.com
- Thomas H Casey    kdriggers@tomcaseylaw.com, msilva@tomcaseylaw.com
- Thomas H Casey (TR)    msilva@tomcaseylaw.com, thc@trustesolutions.net
- Keneth J Catanzarite    kcatanzarite@catanzarite.com
- Timothy P Dillon    tdillon@dghmalaw.com, ksauser@dghmalaw.com
- Jamie D Hanawalt    ecfcacb@aldridgepite.com, jhanawalt@ecf.inforuptcy.com
- Scott L Keehn    scottk@keehnlaw.com, chrisf@keehnlaw.com
- Michael J Lee    michael@mjllaw.com
- Dipika Parmar    dipika.parmar@aissolution.com
- Charles Shamash    cs@locs.com, generalbox@locs.com
- David B Shemano    dshemano@shemanolaw.com
- Timothy J Silverman    tsilverman@scheerlawgroup.com, tsilverman1@ecf.courtdrive.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
- Zann R Welch    ecfnotices@ascensioncapitalgroup.com

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) **December 3, 2021,** I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*), I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| December 3, 2021 | Kathy Driggers | |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                    **F 9013-3.1.PROOF.SERVICE**

**SERVED BY US MAIL:**

**Interested Party**
United States Bankruptcy Court
Attn: Hon. Theodor C. Albert
411 West Fourth Street, Suite 5085
Santa Ana, CA 92701

**Debtor**
Zia Shlaimoun
6789 Quail Hill Parkway, Suite 414
Irvine, CA  92603

**Special Bankruptcy Counsel for Creditor Amy Hsiao**
**and Request for Special Notice**
L. Scott Keehn, Esq.
Keehn Law Group, APC
501 W. Broadway, Suite 1025
San Diego, CA  92101

**Request for Special Notice**
~~BMW Bank of North America Department~~
~~Ascension Capital Group~~
~~P.O. Box 165028~~
~~Irving, TX  75016~~
Forwarding Time Expired
Return to Sender

BMW Financial Services NA, LLC
c/o Ascension Capital Group
4515 N. Santa Fe Avenue
Oklahoma City, OK 73118-7901

**Claimants**
Tahim and Associates, APC
Attn: Anne Tahim, CPA
2331 W. Lincoln Avenue, Suite 300
Anaheim, CA 92801

George P. Eshoo, Esq.
Law Offices of George P. Eshoo
702 Marshall Street, Suite 500
Redwood City, CA 94063

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                    **F 9013-3.1.PROOF.SERVICE**