Thomas H. Casey - Bar No. 138264
26400 La Alameda, Suite 210
Mission Viejo, CA 92691
Tel: 949/766-8787 / Facsimile: 949/766-9896
Email: TomCasey@tomcaseylaw.com

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SANTA ANA DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 8:17-BK-10976-TA |
| | § | |
| ZIA SHLAIMOUN | § | |
| | § | |
| | § | |
| Debtor | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 0 of the United States Bankruptcy Code was filed on 03/15/2017. The case was converted to one under Chapter 7 on 03/28/2017. The undersigned trustee was appointed on 03/28/2017.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of $222,203.34[1]

   Funds were disbursed in the following amounts:

   | | |
   |---|---|
   | Payments made under an interim distribution | $0.00 |
   | Administrative expenses | $398.18 |
   | Bank service fees | $4,940.02 |
   | Other Payments to creditors | $0.00 |
   | Non-estate funds paid to 3rd Parties | $0.00 |
   | Exemptions paid to the debtor | $24,886.00 |
   | Other payments to the debtor | $0.00 |

[1] The Default Judgment entered August 6, 2020, against Helen Shlaimoun in the amount of $707,100 will remain unadministered.

Leaving a balance on hand of[1]                                                    $191,979.14

The remaining funds are available for distribution.

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.  The deadline for filing non-governmental claims in this case was 09/16/2019 and the deadline for filing government claims was 09/11/2017. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $13,115.87. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $13,115.87, for a total compensation of $13,115.87[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $35.00, for total expenses of $35.00.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 03/02/2022                          By:    /s/ Thomas H. Casey
                                                 Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011)

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| Case No.: | 17-10976-TA | | Trustee Name: | Thomas H. Casey |
|---|---|---|---|---|
| Case Name: | SHLAIMOUN, ZIA | | Date Filed (f) or Converted (c): | 03/28/2017 (c) |
| For the Period Ending: | 3/2/2022 | | §341(a) Meeting Date: | 05/08/2017 |
| | | | Claims Bar Date: | 09/16/2019 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Ref. # | | | | | | |
| 1 | 93 Canyon Creek Irvine, CA - 92603-0000 Orange County | $3,000,000.00 | $0.00 | OA | $0.00 | FA |
| Asset Notes: | Asset abandoned, per Order Entered September 13, 2017 Per schedules Debtor asserts an interest in said property by virtue of an option agreement entered into. Trustee has elected not to pursue however debtor fully intends to pursue claim - plus provides a set off claim against any claims that could be asserted by Amy Hsaio ** as trustee has already advised that he isn't taking an interest - exemption not being claimed but reserves all rights | | | | | |
| 2 | Real Estate Investments in Iraq | Unknown | $0.00 | | $0.00 | FA |
| Asset Notes: | Per schedules primarily north and close to Turkey purchased through a family trust in 2009 when many were investing. currently due to situation believed worthless and non-recoverable | | | | | |
| 3 | Make: BMW Model: i3 Year: 2014 | Unknown | $0.00 | | $0.00 | FA |
| Asset Notes: | Per schedules  Mileage: 15,000 Other Information: debtor has no idea of value of car - undoubtedly undersecured -- BMW sought relief that was unopposed and granted CLAIMED EXEMPT PER 703.140(b)(2) | | | | | |
| 4 | Make: Land Rover | $36,000.00 | $0.00 | | $2,478.68 | FA |
| Asset Notes: | Received funds from Wells Fargo Bank, account closed. Per schedules Model Sport Year: 2013 Mileage: 50000 CLAIMED EXEMPT PER 703.140(b)(3); CLAIMED EXEMPT PER 703.140(b)(5) | | | | | |
| 5 | Make: Mercedes Benz | Unknown | $0.00 | | $0.00 | FA |
| Asset Notes: | Per schedules Model: C300 Year: 2015 Mileage: 30000 Other Information: leased vehicle - no value | | | | | |
| 6 | miscellaneous household items | $10,000.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Per schedules  estimated liquidation value CLAIMED EXEMPT PER 703.140(b)(3) | | | | | |
| 7 | personal electronics | $1,000.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | CLAIMED EXEMPT PER 703.140(b)(3) | | | | | |
| 8 | Gun | $300.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | CLAIMED EXEMPT PER 703.140(b)(5) | | | | | |
| 9 | clothes estimated liquidation value | $1,000.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | CLAIMED EXEMPT PER 703.140(b)(3) | | | | | |
| 10 | personal items estimated value Boss Watch and Cross estimated value | $1,500.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | CLAIMED EXEMPT PER 703.140(b)(4) | | | | | |
| 11 | dog - 6 years old household pet | Unknown | $0.00 | | $0.00 | FA |
| Asset Notes: | No value to the estate | | | | | |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No:    2    Exhibit A

| Case No.: | 17-10976-TA | Trustee Name: | Thomas H. Casey |
| Case Name: | SHLAIMOUN, ZIA | Date Filed (f) or Converted (c): | 03/28/2017 (c) |
| For the Period Ending: | 3/2/2022 | §341(a) Meeting Date: | 05/08/2017 |
| | | Claims Bar Date: | 09/16/2019 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| | CLAIMED EXEMPT PER 703.140(b)(3) | | | | | |
| **Ref. #** | | | | | | |
| 12 | Bank of America. Chase and Wells Fargo | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Per schedules Debtor was banking there for business and personal accounts all accounts were ultimately closed by the institutions due to levies currently only open account is Goldstar Laboratories, LLC and Goldstar Laboratories Missouri, LLC are the only open accounts where debtor where debtor has signatory power. Nominal balances in them sum total (<$1,000.00) no personal accounts open at time filing - 17.1. valued at zero due to overdrafts | | | | | |
| 13 | Ameritrade Account ***-**6562 estimated balance | $65.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | CLAIMED EXEMPT PER 703.140(b)(5) | | | | | |
| 14 | Shares in British Gas - estimated value | $500.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | CLAIMED EXEMPT PER 703.140(b)(5) | | | | | |
| 15 | 20 different entities | $74,724.66 | $1.00 | | $0.00 | FA |
| **Asset Notes:** | Shlaimoun is believed to have funneled in excess of $1,000,000 through the Alter Ego Entities and family members.  See Asset #25 8:19-ap-01045-TA filed 3/14/19. The scheduled amount for this asset was collected.  See Asset#19. 10/23/18 Trustee investigating value. The Debtor has failed to provide responses and information pertaining to the filed schedules.  On August 17, 2017 the court granted the Chapter 7 Trustee's Motion to Extend the Time to File a Section 727 Complaint Pursuant to FRBP 4004(b).  The complaint deadline is February 18, 2018. Per schedules Name of entity: % of ownership: SEE APPENDIX A ATTACHED Debtor has/has had in 20 different entities. Liquidation value (due to debts and obligations of the entities) believed zero to nominal at best. Versailles Investments, LLC however has some significant claims that are the subject of dispute and disclosed ** debtor reserves right to claim interests as exempt as allowable. Since filing debtor understands that monies were received ($74,724.66-and hence exercises claim accordingly. | | | | | |
| 16 | Rental deposit Amy Hsaio | $30,000.00 | $30,000.00 | OA | $0.00 | FA |
| **Asset Notes:** | Asset abandoned, per Order Entered September 13, 2017 Per schedules security deposit given for rental she has - debtor believes - erroneously taken set-offs however hasnt provided walk through evidence before or after tenancy and debtor believes that this adds to his damages claim related to the abandoned option. | | | | | |
| 17 | Iraq Trust - Ankawa Trust monies invested in Northern Iraq ** about $20,000,000.00 was invested in 2009 when Turkey was going to be admitted to the EU and before ISIS took over that region. Value currently believed to be nominal at best due to the situation | Unknown | $1.00 | | $0.00 | FA |
| **Asset Notes:** | Shlaimoun is believed to have funneled in excess of $1,000,000 through the Alter Ego Entities and family members.  See Asset #25 8:19-ap-01045-TA filed 3/14/19. 10/23/18 Trustee investigating value. | | | | | |

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

Page No:    3        Exhibit A

**ASSET CASES**

| | |
|---|---|
| Case No.: | 17-10976-TA |
| Case Name: | SHLAIMOUN, ZIA |
| For the Period Ending: | 3/2/2022 |

| | |
|---|---|
| Trustee Name: | Thomas H. Casey |
| Date Filed (f) or Converted (c): | 03/28/2017 (c) |
| §341(a) Meeting Date: | 05/08/2017 |
| Claims Bar Date: | 09/16/2019 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| | The Debtor has failed to provide responses and information pertaining to the filed schedules.  On August 17, 2017 the court granted the Chapter 7 Trustee's Motion to Extend the Time to File a Section 727 Complaint Pursuant to FRBP 4004(b).  The complaint deadline is February 18, 2018. Per schedules monies invested in Northern Iraq ** about $20,000,000.00 was invested in 2009 when Turkey was going to be admitted to the EU and before ISIS took over that region. Value currently believed to be nominal at best due to the situation | | | | | |
| **Ref. #** | | | | | | |
| 18 | Debtor owns/has intersts in three patents: see appendix B attached | Unknown | $1.00 | | $0.00 | FA |
| **Asset Notes:** | Shlaimoun is believed to have funneled in excess of $1,000,000 through the Alter Ego Entities and family members.  See Asset #25 8:19-ap-01045-TA filed 3/14/19. 10/23/18 Trustee investigating value. The Debtor has failed to provide responses and information pertaining to the filed schedules. On August 17, 2017 the court granted the Chapter 7 Trustee's Motion to Extend the Time to File a Section 727 Complaint Pursuant to FRBP 4004(b). The complaint deadline is February 18, 2018. | | | | | |
| 19 | Through Versailles Investments, LLC | Unknown | $74,724.66 | OA | $74,724.66 | FA |
| **Asset Notes:** | Per Schedules debtor has claims(estimated) against First California Escrow ($2m), Chicago Title Company ($5M) and Catanzarite Law Group ($500K). Matters are being handled by corporate attorney how has these matters on a contingency and are claims of the entity -- disclosed here in an abundance of caution - and he may also be listed as a claimant also. Case Number: SC123286 HYBRID FINANCE,LTD. VS. VERSAILLES INVESTMENTS, 06/06/2017 Court's Ruling & Order Entered.  ASSET ABANDONED PER ORDER ENTERED FEBRUARY 28, 2018 | | | | | |
| 20 | Claims against Hsaio Family - Debtor maintains an option agreement and believes various covenants including but not limited to good faith and fair dealing were violated. Debtor intends to pursue these claims - relief from stay granted for litigation and Trustee has represented to Court that he isn't taking an interest in the option and awaiting abandonment to proceed. | Unknown | $10,000.00 | | $10,000.00 | FA |
| **Asset Notes:** | The Trustee reached an agreement with Amy Hsiao and filed a motion seeking approval of the sale.  Order Approving the Chapter 7 Trustee's Motion to Sell Interest in Option Agreement and Claims Against Amy Hsiao and Approving Overbid Procedures entered November 21, 2017. | | | | | |
| 21 | Claims against Michael Lee - debtor is reserving rights and seekng to investigate due to various conflicting representations - -disclosed here in an abundance of caution and to avoid a estoppel claim | Unknown | $0.00 | OA | $0.00 | FA |
| **Asset Notes:** | Asset abandoned per Order Entered September 13, 2017 | | | | | |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No:    4          Exhibit A

| Case No.: | 17-10976-TA | Trustee Name: | Thomas H. Casey |
|---|---|---|---|
| Case Name: | SHLAIMOUN, ZIA | Date Filed (f) or Converted (c): | 03/28/2017 (c) |
| For the Period Ending: | 3/2/2022 | §341(a) Meeting Date: | 05/08/2017 |
| | | Claims Bar Date: | 09/16/2019 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 22 | Claims against Hybrid. They obtained relief from stay - and a judgment post-petition however debtor believes that there are set off claims and plans to appeal judgment. Trustee had previously stipulated with the parties for relief from stay to allow litigation to proceed | Unknown | $0.00 | OA | $0.00 | FA |
| **Asset Notes:** | Asset abandoned per Order Entered September 13, 2017 | | | | | |
| 23 | Hsaio Option Agreement duplicatively listed here to insure full disclosure trustee already advised court not taking an interest has value as set off and positive beyond by debtors belief. Trustee since sold for $10,000.00-was advised Debtor would claim exemptions. | $10,000.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | See Asset #20.  Debtor listed asset twice. | | | | | |
| 24 | Casey v. Catanzarite, ADRS Case No. 18-2938-FFF   **(u)** | $0.00 | $400,000.00 | | $135,000.00 | FA |
| **Asset Notes:** | Order Granting Chapter 7 Trustee's Motion for Order Approving Compromise of Controversy Pursuant to Federal Rule of Bankruptcy Procedure 9019 entered May 17, 2021. Catanzarite is insisting on arbitration being held in person, however  ADR Services, Inc. isn't offering in-person arbitrations due to COVID-19. We expect that the continued date will be rescheduled for early 2021. Arbitration has been scheduled for January 6, 2020 - January 10, 2020 The arbitrator was appointed on October 18, 2018 and we are awaiting the first hearing. | | | | | |
| 25 | Fraudulent Conveyance Action-Nico Shlaimoun   **(u)** | $0.00 | $1.00 | | $0.00 | FA |
| **Asset Notes:** | See Asset #27. Trustee will close case and leave Default Judgment entered August 6, 2020, as unadministered. 8:19-ap-01045-TA Thomas H. Casey, Trustee of the Zia Shlaimoun Ch. 7 Bankruptcy Estate v Helen Shlaimoun, Nico Aksel Leos Shlaimoun, Oussha Shlaimoun, Aksel Ingolf Ostergard Jensen, 328 Bruce LLC, a limited liability company of unknown state of origin, 40355 La Quinta Palmdale LLC, a California limited liability company, Gold Star Group, LLC, a Delaware limited liability company, Gold Star Health, LLC, a limited liability company of unknown state of origin, Goldstar Laboratories Missouri LLC, a Missouri limited liability company, Jensen Investment Group LLC, a California limited liability company, New Era Valet LLC, a limited liability company of unknown state of origin, Zumaone LLC, a California limited liability company, filed March 14, 2019, (Recovery of money/property - 542 turnover of property)),(12 (Recovery of money/property - 547 preference)),(13 (Recovery of money/property - 548 fraudulent transfer)),(14 (Recovery of money/property - other)) Status hearing to be held on 11/7/2019 at 10:00 AM. Default Judgment entered August 6, 2020 against Helen Shlaimoun in the amount of $707,000. | | | | | |
| 26 | Fraudulent Conveyance Action-Askel Jensen   **(u)** | $0.00 | $1.00 | | $0.00 | FA |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No:    5          Exhibit A

| | | |
|---|---|---|
| Case No.: | 17-10976-TA | |
| Case Name: | SHLAIMOUN, ZIA | |
| For the Period Ending: | 3/2/2022 | |

| | |
|---|---|
| Trustee Name: | Thomas H. Casey |
| Date Filed (f) or Converted (c): | 03/28/2017 (c) |
| §341(a) Meeting Date: | 05/08/2017 |
| Claims Bar Date: | 09/16/2019 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| **Asset Notes:** | 3/14/19 See Asset #25 | | | | | |
| | We anticipate filing a fraudulent conveyance action by March 15, 2019. | | | | | |
| **Ref. #** | | | | | | |
| 27 | Fraudulent Conveyance Action- Helen Shlaimoun                (u) | $0.00 | $0.00 | | $0.00 | $707,100.00 |
| **Asset Notes:** | **Default Judgment entered August 6, 2020 against HELEN SHLAIMOUN, an individual; et al. in the amount of $707,100.  Asset will remain unadministered.** | | | | | |
| | **Previously reported under Asset #25.** | | | | | |
| | 8:19-ap-01045-TA Thomas H. Casey, Trustee of the Zia Shlaimoun Ch. 7 Bankruptcy Estate v Helen Shlaimoun, Nico Aksel Leos Shlaimoun, Oussha Shlaimoun, Aksel Ingolf Ostergard Jensen, 328 Bruce LLC, a limited liability company of unknown state of origin, 40355 La Quinta Palmdale LLC, a California limited liability company, Gold Star Group, LLC, a Delaware limited liability company, Gold Star Health, LLC, a limited liability company of unknown state of origin, Goldstar Laboratories Missouri LLC, a Missouri limited liability company, Jensen Investment Group LLC, a California limited liability company, New Era Valet LLC, a limited liability company of unknown state of origin, Zumaone LLC, a California limited liability company, filed March 14, 2019, (Recovery of money/property - 542 turnover of property)),(12 (Recovery of money/property - 547 preference)),(13 (Recovery of money/property - 548 fraudulent transfer)),(14 (Recovery of money/property - other)) | | | | | |
| | 3/14/19 See Asset #25 | | | | | |
| | We anticipate filing a fraudulent conveyance action by March 15, 2019. | | | | | |
| 28 | Fraudulent Conveyance-Heyde Management, LLC,,                (u) | $0.00 | $1.00 | | $0.00 | FA |
| **Asset Notes:** | Adversary closed 11/13/19 | | | | | |
| | 8:19-ap-01043-TA Thomas H Casey, Trustee of the Zia Shlaimoun Ch 7 Bankruptcy Estate v Heyde Management, LLC,, Filed: 03/14/19, 11 (Recovery of money/property - 542 turnover of property)),(12 (Recovery of money/property - 547 preference)),(13 (Recovery of money/property - 548 fraudulent transfer)),(14 (Recovery of money/property - other)).  Status hearing to be held on 10/24/2019 at 10:00 AM. | | | | | |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| **TOTALS (Excluding unknown value)** | $3,165,089.66 | $514,730.66 | | $222,203.34 | $707,100.00 |

**Major Activities affecting case closing:**

| 02/04/2022 | KD reviewed the docket and confirmed no amended Sch. A, B or C was filed in January 2022. |
|---|---|
| 01/06/2022 | KD reviewed the docket and confirmed no amended Sch. A, B or C was filed in December 2021. |
| 12/03/2021 | KD reviewed the docket and confirmed no amended Sch. A, B or C was filed in November 2021. |
| 11/05/2021 | KD reviewed the docket and confirmed no amended Sch. A, B or C was filed in October 2021. |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page No:    6          Exhibit A

| Case No.: | 17-10976-TA | Trustee Name: | Thomas H. Casey |
| Case Name: | SHLAIMOUN, ZIA | Date Filed (f) or Converted (c): | 03/28/2017 (c) |
| For the Period Ending: | 3/2/2022 | §341(a) Meeting Date: | 05/08/2017 |
| | | Claims Bar Date: | 09/16/2019 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

10/19/2021    ASSETS: All assets have been administered. Asset #25 #27 will remain unadministered.

TAXES: Tax returns have been requested from Don Fife.

CLAIMS: Claims will reviewed and objections filed if necessary.

LITIGATION: Casey v. Catanzarite, ADRS Case No. 18-2938-FFF. Arbitration has been initiated against Kenneth Catanzarite and Catanzarite Law Corporation. On May 17, 2021, the Court entered the Order Granting Chapter 7 Trustee's Motion for Order Approving Compromise of Controversy Pursuant to Federal Rule of Bankruptcy Procedure 9019. There's a pre-petition civil court case (Superior Court of Orange County) connected to the arbitration that's scheduled to be dismissed by the court on November 19, 2021.

8:19-ap-01045-TA Thomas H. Casey, Trustee of the Zia Shlaimoun Ch. 7 Bankruptcy Estate v Helen Shlaimoun, Nico Aksel Leos Shlaimoun, Oussha Shlaimoun, Aksel Ingolf Ostergard Jensen, 328 Bruce LLC, a limited liability company of unknown state of origin, 40355 La Quinta Palmdale LLC, a California limited liability company, Gold Star Group, LLC, a Delaware limited liability company, Gold Star Health, LLC, a limited liability company of unknown state of origin, Goldstar Laboratories Missouri LLC, a Missouri limited liability company, Jensen Investment Group LLC, a California limited liability company, New Era Valet LLC, a limited liability company of unknown state of origin, Zumaone LLC, a California limited liability company, filed March 14, 2019, (Recovery of money/property - 542 turnover of property)),(12 (Recovery of money/property - 547 preference)),(13 (Recovery of money/property - 548 fraudulent transfer)),(14 (Recovery of money/property - other)) Status Conference continued to January 6, 2022. None of the nine served Defendants have appeared and they have all been defaulted. The unserved family member Defendants are debtor's wife, son & mother-in-law, all of whom have moved from their known residences and have taken unusually elaborate steps not to be located and otherwise taken off the grid (for example: based on reliable intel, certain debtor family members don't know their whereabouts). The family members are believed to be living together or in close proximity.  Of the defaulted Defendants, eight are entities not believed to have any assets.  The ninth defaulted Defendant is Helen Shlaimoun, the debtor's mother. To date we have been unsuccessful in our efforts to locate the individuals.

INSURANCE: None required

CURRENT STATUS: On May 17, 2021, the Court entered the Order Granting Chapter 7 Trustee's Motion for Order Approving Compromise of Controversy Pursuant to Federal Rule of Bankruptcy Procedure 9019. This settled the Arbitrated claims against Kenneth Catanzarite and Catanzarite Law Corporation and resulted in a $135K settlement to the estate.

As previously reported, a default judgment in the amount of $707,100 was entered against Helen Shlaimoun, the debtor's mother. Ms. Shlaimoun lives in the United Kingdom and isn't believed to have any assets in the United States. The Trustee has determined that he will close the estate and leave the judgment against Helen Shlaimoun unadministered.  In addition, the Clerk has entered Notice of Default against all but two entities which will remain unadministered as well.

The Trustee expects to file the TFR by the estimated date of 12/31/21.

10/06/2021    KD reviewed the docket and confirmed no amended Sch. A, B or C was filed in September 2021.

09/02/2021    KD reviewed the docket and confirmed no amended Schedule A, B or C was filed in August 2021.

08/04/2021    KD reviewed the docket and confirmed no amended Schedule A, B or C was filed in July 2021.

07/07/2021    KD reviewed the docket and confirmed no amended Schedule A, B or C was filed in June 2021.

06/03/2021    KD reviewed the docket and confirmed no amended Schedule A, B or C was filed in May 2021.

05/17/2021    Order Granting Chapter 7 Trustee's Motion for Order Approving Compromise of Controversy Pursuant to FRBP 9019 (settlement with Catanzarite)

05/07/2021    KD reviewed the docket and confirmed no amended Schedule A, B or C was filed in April 2021.

04/06/2021    KD reviewed the docket and confirmed no amended Schedule A, B or C was filed in March 2021.

03/05/2021    KD reviewed the docket and confirmed no amended Schedule A, B or C was filed in February 2021.

02/18/2021    Another Summons Issued - Response due March 22, 2021 and status conference scheduled for May 6, 2021 at 10:00 a.m. [Adv. No. 8:19-1045-TA]

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No:   7        Exhibit A

| | |
|---|---|
| Case No.: | 17-10976-TA |
| Case Name: | SHLAIMOUN, ZIA |
| For the Period Ending: | 3/2/2022 |

| | |
|---|---|
| Trustee Name: | Thomas H. Casey |
| Date Filed (f) or Converted (c): | 03/28/2017 (c) |
| §341(a) Meeting Date: | 05/08/2017 |
| Claims Bar Date: | 09/16/2019 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

02/03/2021    KD reviewed the docket and confirmed no amended Schedule A, B or C was filed in January 2021.

01/11/2021    KD reviewed the docket and confirmed no amended Schedule A, B or C was filed in December 2020.

12/02/2020    KD reviewed the docket and confirmed no amended Schedule A, B or C was filed in November 2020.

11/04/2020    KD reviewed the docket and confirmed no amended Schedule A, B or C was filed in October 2020.

10/13/2020    ASSETS: Trustee continues to investigate value of remaining assets.

TAXES: Assets still being administered

CLAIMS: Claims will reviewed and objections filed if necessary.

LITIGATION: Casey v. Catanzarite, ADRS Case No. 18-2938-FFF. Arbitration has been initiated against Kenneth Catanzarite and Catanzarite Law Corporation ( "CLC"). In brief, the estate alleges that CLC and/or Catanzarite misappropriated approximately $300,000 – $400,000 that was formerly held in CLC's trust account that belonged to debtor, Zia Shlaimoun. The arbitrator was appointed on October 18, 2018. Catanzarite is insisting on arbitration being held in person, however ADR Services, Inc. isn't offering in-person arbitrations due to COVID-19. We expect that the continued date will be rescheduled for early 2021.

8:19-ap-01043-TA Thomas H Casey, Trustee of the Zia Shlaimoun Ch 7 Bankruptcy Estate v Heyde Management, LLC,, a Missouri limited liability company, filed March 14, 2019. 11 (Recovery of money/property - 542 turnover of property)),(12 (Recovery of money/property - 547 preference)),(13 (Recovery of money/property - 548 fraudulent transfer)),(14 (Recovery of money/property – Adversary closed 11/13/19

8:19-ap-01045-TA Thomas H. Casey, Trustee of the Zia Shlaimoun Ch. 7 Bankruptcy Estate v Helen Shlaimoun, Nico Aksel Leos Shlaimoun, Oussha Shlaimoun, Aksel Ingolf Ostergard Jensen, 328 Bruce LLC, a limited liability company of unknown state of origin, 40355 La Quinta Palmdale LLC, a California limited liability company, Gold Star Group, LLC, a Delaware limited liability company, Gold Star Health, LLC, a limited liability company of unknown state of origin, Goldstar Laboratories Missouri LLC, a Missouri limited liability company, Jensen Investment Group LLC, a California limited liability company, New Era Valet LLC, a limited liability company of unknown state of origin, Zumaone LLC, a California limited liability company, filed March 14, 2019, (Recovery of money/property - 542 turnover of property)),(12 (Recovery of money/property - 547 preference)),(13 (Recovery of money/property - 548 fraudulent transfer)),(14 (Recovery of money/property - other)) Default Judgment entered August 6, 2020 against Helen Shlaimoun in the amount of $707,100.

Status hearing to be held on 11/12/2020 at 10:00 AM

INSURANCE: None required

CURRENT STATUS: As previously stated, the Complaint filed in Adversary Action 8:19-ap-01045-TA alleges that over a period of years, Zia Shlaimoun, ("the Bankrupt"), funneled in excess of$1,000,000 through his immediate family members to shield his cash assets from creditors. Zia Shlaimoun would regularly transfer funds to members of his family who would, in turn, hold funds on his behalf or direct his family members on the manner in which the funds should be expended. These funds were held by the family members for the sole purpose of helping the Bankrupt evade creditors and their concomitant collection efforts. From about the early part of 2015 and continuing into 2018 or later, Helen Shlaimoun received at least eight transfers totaling more than $700,000 from the Bankrupt's accounts and/or from accounts the Bankrupt owned and/or controlled. It is alleged that Helen Shlaimoun intentionally held funds on the Bankrupt's behalf to keep them out of reach of creditors.

We're in the process of consulting w/ UK counsel, where H. Shlaimoun lives, to determine how to enforce the judgment and/or institute an ancillary recovery action. As part of the same case, we're continuing to pursue claims against Shlaimoun family members & related entities. The whereabouts of Shlaimoun's family members are currently unknown, which has extended the litigation against them. Counsel is exploring retaining a PI to pinpoint their current whereabouts.

The estimated TFR date has been updated allow additional time for assets to be administered, including resolution of the arbitration and adversary action.

10/02/2020    KD reviewed the docket and confirmed no amended Schedule A, B or C was filed in September 2020.

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No:   8     Exhibit A

| Case No.: | 17-10976-TA | | | Trustee Name: | Thomas H. Casey |
| Case Name: | SHLAIMOUN, ZIA | | | Date Filed (f) or Converted (c): | 03/28/2017 (c) |
| For the Period Ending: | 3/2/2022 | | | §341(a) Meeting Date: | 05/08/2017 |
| | | | | Claims Bar Date: | 09/16/2019 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| | |
|---|---|
| 09/04/2020 | KD reviewed the docket and confirmed no amended Schedule A, B or C was filed in August 2020. |
| 08/06/2020 | Default Judgment entered against Helen Shlaimoun in the amount of $707,100 (see docket #87 for Court's adoption of the tentative ruling) |
| 08/05/2020 | KD reviewed the docket and confirmed no amended Schedule A, B or C was filed in July 2020. |
| 07/01/2020 | KD reviewed the docket and confirmed no amended Schedule A, B or C was filed in June 2020. |
| 06/25/2020 | Notice of Rescheduled Hearing Time on Motion for Default Judgment - hearing scheduled for July 23, 2020 at 2:00 p.m. |
| 06/11/2020 | Clerk enters Default against Helen Shlaimoun [Adv. No. 8:19-1045-TA] |
| 06/04/2020 | KD reviewed the docket and confirmed no amended Schedule A, B or C was filed in May 2020. |
| 05/08/2020 | Another Summons and Notice of Status Conference Issued [8:19-ap-01045-TA] - answer due by June 8, 2020 and status conference scheduled for July 23, 2020 at 10:00 a.m. |
| 05/07/2020 | KD reviewed the docket and confirmed no amended Schedule A, B or C was filed in April 2020. |
| 04/03/2020 | KD reviewed the docket and confirmed no amended Schedule A, B or C was filed in March 2020. |
| 03/05/2020 | KD reviewed the docket and confirmed no amended Schedule A, B or C was filed in February 2020. |
| 03/05/2020 | Per docket entry in Adv. 8:19-ap-01045-TA - status hearing continued to May 14, 2020 at 10:00 a.m. |
| 02/07/2020 | KD reviewed the docket and confirmed no amended Schedule A, B or C was filed in January 2020. |
| 01/06/2020 | Clerk has entered default against the following entities [8:19-ap-01045-TA]: |
| | Go Gum, LLC |
| | Jensen Investment Group, LLC |
| | Goldstar Laboratories Missouri, LLC |
| | Zumaone, LLC |
| | 40355 La Quinta Palmdale, LLC |
| 01/03/2020 | KD reviewed the docket and confirmed no amended schedule A, B or C was filed in December 2019. |
| 12/10/2019 | KD reviewed the docket and confirmed no amended Schedules A, B or C was filed in November 2019. |
| 11/08/2019 | Court continued status hearing to March 5, 2020 at 10:00 a.m. [Adv. No. 8:19-1045-TA] |
| 11/04/2019 | KD reviewed the docket and confirmed no amended schedule A, B or C was filed in October 2019. |
| 11/04/2019 | Adv. No. 8:19-ap-01045-TA - Request for Entry of Default filed: |
| | 40355 La Quinta Palmdale, LLC |
| | Jensen Investment Group, LLC |
| | Go Gum, LLC |
| | Zumaone, LLC |
| | Goldstar Laboratories Missouri, LLC |
| | Helen Shlaimoun |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No:    9          Exhibit A

| | | | | | |
|---|---|---|---|---|---|
| **Case No.:** 17-10976-TA | | | **Trustee Name:** Thomas H. Casey | | |
| **Case Name:** SHLAIMOUN, ZIA | | | **Date Filed (f) or Converted (c):** 03/28/2017 (c) | | |
| **For the Period Ending:** 3/2/2022 | | | **§341(a) Meeting Date:** 05/08/2017 | | |
| | | | **Claims Bar Date:** 09/16/2019 | | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

10/22/2019    ASSETS: Trustee continues to investigate value of remaining assets.

TAXES: Assets still being administered

CLAIMS: Claims will reviewed and objections filed if necessary.

LITIGATION: Casey v. Catanzarite, ADRS Case No. 18-2938-FFF. Arbitration has been initiated against Kenneth Catanzarite and Catanzarite Law Corporation ( "CLC"). In brief, the estate alleges that CLC and/or Catanzarite misappropriated approximately $300,000 – $400,000 that was formerly held in CLC's trust account that belonged to debtor, Zia Shlaimoun. The arbitrator was appointed on October 18, 2018.  Arbitration has been scheduled for January 6, 2020 - January 10, 2020

8:18-ap-1011 Hybrid, LTD., an Israeli Corporation v Zia Shlaimoun, filed 1/17/18, Objection / revocation of discharge, ORDER Dismissing Adversary Proceeding - Based upon the Order of the Court entered on June 14, 2019, granting Debtor's motion for approval of waiver of the discharge pursuant to section 727(a)(10) of the Bankruptcy Code.  Dismissed 8/30/19.

8:19-ap-01043-TA Thomas H Casey, Trustee of the Zia Shlaimoun Ch 7 Bankruptcy Estate v Heyde Management, LLC,, a Missouri limited liability company, filed March 14, 2019. 11 (Recovery of money/property - 542 turnover of property)),(12 (Recovery of money/property - 547 preference)),(13 (Recovery of money/property - 548 fraudulent transfer)),(14 (Recovery of money/property – other Status hearing to be held on 10/24/2019 at 10:00 AM

8:19-ap-01045-TA Thomas H. Casey, Trustee of the Zia Shlaimoun Ch. 7 Bankruptcy Estate v Helen Shlaimoun, Nico Aksel Leos Shlaimoun, Oussha Shlaimoun, Aksel Ingolf Ostergard Jensen, 328 Bruce LLC, a limited liability company of unknown state of origin, 40355 La Quinta Palmdale LLC, a California limited liability company, Gold Star Group, LLC, a Delaware limited liability company, Gold Star Health, LLC, a limited liability company of unknown state of origin, Goldstar Laboratories Missouri LLC, a Missouri limited liability company, Jensen Investment Group LLC, a California limited liability company, New Era Valet LLC, a limited liability company of unknown state of origin, Zumaone LLC, a California limited liability company, filed March 14, 2019, (Recovery of money/property - 542 turnover of property)),(12 (Recovery of money/property - 547 preference)),(13 (Recovery of money/property - 548 fraudulent transfer)),(14 (Recovery of money/property - other)) Status hearing to be held on 11/7/2019 at 10:00 AM

INSURANCE: None required

CURRENT STATUS: On March 14, 2019, the Trustee filed an Adversary Action (Case No. 8:19-bk-10976-TA) against the Bankrupt's mother, Helen Shlaimoun, various other family members of Zia Shlaimoun and other third-party persons and entities (the "Adversary Action") for fraudulent conveyances and voidable. The Complaint filed in the Adversary Action alleges the following: Over a period of years, Zia Shlaimoun, ("the Bankrupt"), funneled in excess of$1,000,000 through his immediate family members to shield his cash assets from creditors.  Zia Shlaimoun would regularly transfer funds to members of his family who would, in turn, hold funds on his behalf or direct his family members on the manner in which the funds should be expended. These funds were held by the family members for the sole purpose of helping the Bankrupt evade creditors and their concomitant collection efforts.  From about the early part of 2015 and continuing into 2018 or later, Helen Shlaimoun received at least eight transfers totaling more than $700,000 from the Bankrupt's accounts and/or from accounts the Bankrupt owned and/or controlled. It is alleged that Helen Shlaimoun intentionally held funds on the Bankrupt's behalf to keep them out of reach of creditors.

On June 14, 2019 the Court entered the Order Granting Motion of Zia Shlaimoun for Approval of Waiver of the Discharge Pursuant to Section 727 (a)(10) of the Bankruptcy Code.

The estimated TFR date has been updated allow additional time for assets to be administered, including resolution of the arbitration and adversary actions.

10/02/2019    KD reviewed the docket and confirmed no amended schedule A, B or C was filed in September 2019.

09/19/2019    KD reviewed the docket and confirmed no amended schedule A, B or C was filed in August 2019.

08/12/2019    Casey v. Catanzarite, ADRS Case No. 18-2938-FFF - Arbitration has been scheduled for January 6, 2020 - January 10, 2020

07/30/2019    Another Summons Issued in Casey v. Shlaimoun - answer due August 29, 2019; status conference scheduled for October 24, 2019 at 10:00 a.m.

07/30/2019    Another Summons Issued in Casey v. Heyde - answer due August 29, 2019; status conference scheduled for October 24, 2019 at 10:00 a.m.

07/17/2019    Order Reopening Time for Filing Claims - 60 days from the date of Order (9/15/19)

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

Page No:   10        Exhibit A

ASSET CASES

| Case No.: | 17-10976-TA | | | Trustee Name: | Thomas H. Casey |
| Case Name: | SHLAIMOUN, ZIA | | | Date Filed (f) or Converted (c): | 03/28/2017 (c) |
| For the Period Ending: | 3/2/2022 | | | §341(a) Meeting Date: | 05/08/2017 |
| | | | | Claims Bar Date: | 09/16/2019 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

06/17/2019   Order Setting Status Conference re Notice of Issues and Potential Reopening of Opportunity to File Claims - clerical error by Court - status conference July 16, 2019 at 11:00 a.m. - any party that opposes should file written points and authorities

06/14/2019   Order Granting Debtor's Motion for Approval of Waiver of the Discharge Pursuant to Section 727(a)(10) of the Bankruptcy Code

05/16/2019   Another Summons Issued in Casey v. Heyde - answer due June 17, 2019; status conference scheduled for August 1, 2019 at 10:00 a.m.

05/16/2019   Another Summons Issued in Casey v. Shlaimoun - answer due June 17, 2019; status conference scheduled for August 1, 2019 at 10:00 a.m.

03/15/2019   Trustee Complaint filed against Heyde Management, LLC for Avoidance and Recovery of Transfer of Property (547, 548, 549, 550) [Adv. No. 8:19-ap-01043-TA] ("Casey v. Heyde")

03/15/2019   Trustee Complaint filed against Nico Shlaimoun, Oussha Shlaimoun, Aksel Ingolf Ostergard Jensen, 40355 La Quinta Palmdale, LLC, Go Gum, LLC, Gold Star Group, LLC, Gold Star Health, LLC, Goldstar Laboratories, LLC, Goldstar Laboratories Missouri, LLC, Jensen Investment Group, LLC, New Era Valet, LLC and Zumaone, LLC for Avoidance and Recovery of Transfer of Property (547, 548, 549, 550, Cal. Civ. Code 3439 et. seq.) [Adv. No. 8:19-ap-01045-TA] ("Casey v. Shlaimoun et al")

10/23/2018   ASSETS: Trustee continues to investigate value of remaining assets.

TAXES: Assets still being administered

CLAIMS: Claims have been reviewed and no objections are necessary.

LITIGATION: Casey v. Catanzarite, ADRS Case No. 18-2938-FFF. Arbitration has been initiated against Kenneth Catanzarite and Catanzarite Law Corporation ( "CLC"). In brief, the estate alleges that CLC and/or Catanzarite misappropriated approximately $300,000 – $400,000 that was formerly held in CLC's trust account that belonged to debtor, Zia Shlaimoun ("Debtor"). The arbitrator was appointed on October 18, 2018 and we are awaiting the first hearing.

INSURANCE: None required

CURRENT STATUS: During this reporting period the Trustee sought to employ Special Counsel to prosecute the Trustee's potential causes of action against the Debtor and third parties, including conducting 2004 examinations.

Subpoenas are being prepared to a number of financial institutions where Debtor maintained, either individually or through one of his many companies, bank accounts. We've learned through diligence/investigations that Debtor may have used an undisclosed business account at one of the institutions to funnel hundreds of thousands of dollars into and out of the accounts, and that Debtor may have used his mom, Helen Shlaimoun, as a signer on the subject account in an attempt to avoid detection. Depending on the destination of funds from that account, particularly if a destination was international, we may be able to file an ex parte application under 28 U.S.C. § 1782 in New York to obtain records of undisclosed wires through the federal reserve that pertain to Debtor and/or his companies.

In addition to his mom, Debtor appears to have used his eldest son, Nico Shlaimoun, and father-in-law, Askel Jensen, to hide his assets. We anticipate filing fraudulent conveyance actions by March 15, 2019 (the two-year anniversary of Debtor's bankruptcy filing) against both individuals, and conducting further discovery beforehand to tighten up factual allegations against these individuals. Among the undisclosed assets believed to still exist and be in the direct or indirect control of Debtor are several million dollars from a 2010 fraud where Debtor pocketed approximately $11.7 million from approximately defrauded five investor groups. Among other possible assets being investigated is Debtor's purported interest in property he claims to have purchased years back in Northern Iraq for in excess of $20,000,000.

07/17/2018   Amended schedules A B and C filed

04/02/2018   Order Granting Application to Employ Special Counsel the Law Offices of Michael Jason Lee, APLC and Dillon Gerardi Hershberger Milller & Ahuja LLP as Trustee's Special Counsel

02/28/2018   Order entered abandoning the estate's interest in claims asserted in litigation against Chicago Title

FORM 1
### INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Page No:   11        Exhibit A

| | |
|---|---|
| **Case No.:** | 17-10976-TA |
| **Case Name:** | SHLAIMOUN, ZIA |
| **For the Period Ending:** | 3/2/2022 |

| | |
|---|---|
| **Trustee Name:** | Thomas H. Casey |
| **Date Filed (f) or Converted (c):** | 03/28/2017 (c) |
| **§341(a) Meeting Date:** | 05/08/2017 |
| **Claims Bar Date:** | 09/16/2019 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description**<br>**(Scheduled and**<br>**Unscheduled (u) Property)** | **Petition/**<br>**Unscheduled**<br>**Value** | **Estimated Net Value**<br>**(Value Determined by**<br>**Trustee,**<br>**Less Liens, Exemptions,**<br>**and Other Costs)** | **Property**<br>**Abandoned**<br>**OA =§ 554(a) abandon.** | **Sales/Funds**<br>**Received by**<br>**the Estate** | **Asset Fully Administered (FA)/**<br>**Gross Value of Remaining Assets** |

10/10/2017     ASSETS:  Trustee is seeking a 2004 exam order and seeking turnover of the Debtor's tax returns to determine the value of remaining assets listed on Sch B.

TAXES:  Assets still being administered

CLAIMS: Trustee will review claims when bar date passes.

LITIGATION: Case Number: SC123286 HYBRID FINANCE,LTD. VS. VERSAILLES INVESTMENTS, 06/06/2017 Court's Ruling & Order Entered.

INSURANCE: None required

CURRENT STATUS:  On March 15, 2017 ("Petition Date"), the Debtor filed a skeletal voluntary chapter 13 bankruptcy petition.  Shortly thereafter, the Debtor filed a Notice of Conversion to Chapter 7 and on March 28, 2017, the Court filed a Notice That Case Has Been Converted to Chapter 7.

The Debtor failed to appear at his initial 341(a) examination which was scheduled for May 8, 2017. The Trustee continued the 341(a) examination to May 22, 2017 and the Debtor again failed to appear.

Creditor Amy Hsiao filed a motion for relief from stay seeking to lift the stay so that she could proceed with state court litigation  Counsel filed a non-opposition to the motion on April 4, 2017.

The Debtor filed a motion seeking to dismiss the bankruptcy case, which the Trustee opposed and also joined in the creditor's opposition.  The motion was denied in an order entered on June 9, 2017.

On June 20, 2017, the Debtor filed the balance of his schedules and statement of affairs, only six days before the continued 341(a) examination. On June 26, 2017, the Firm conducted the 341(a) examination of the Debtor. The Debtor has continued to fail to provide tax returns and has been evasive in his answers to questions at the 341(a) hearings wherein the creditor has questioned him extensively.  Counsel continues to appear at the 341(a) hearings as a means of obtaining information about the assets of the Debtor.  We will be seeking a 2004 exam order and seeking turnover of the Debtor's tax returns.

On June 30, 2017 Counsel filed a motion seeking extension of time to file a 727 action.  The Debtor opposed and Counsel filed a reply.  The motion was granted and the deadline is now set for February 13, 2018.

At one of the 341(a) hearings Counsel was informed that the Debtor had a claim to funds being held by his former counsel.  On July 17, 2017, Counsel sent a demand letter for the turnover of those funds and has received $74,724.66 from the attorney.

Counsel filed a motion to abandon assets including the estate's interest in the real property located at 93 Canyon Creek, Irvine, California 92603 ("Real Property"), the purported option agreement entered into by the Debtor and Amy Hsaio to purchase the Real Property ("Option Agreement") and any litigation regarding the same ("Claims Against Hsaio"), claims which have been asserted by the Debtor in litigation against Hybrid Finance, Ltd. ("Claims Against Hybrid") and claims which have been asserted by the Debtor against Attorney Michael Jason Lee, Esq. ("Claims Against Lee").  Amy Hsiao filed a limited opposition wherein she offered to purchase the estate's interest in the Option Agreement and the Claims Against Hsiao.

Counsel filed a reply seeking the continuance of the motion related to the Option Agreement and the Claims Against Hsiao so as to provide time to negotiate the proposed sale.  The abandonment of the other assets was granted and the hearing relating to the Hsiao Assets was continued.

The Trustee reached an agreement with Amy Hsiao and filed a motion seeking approval of the sale.  The hearing on the motion is set for October 24, 2017.  The motion to abandon the Hsiao Asset has been continued to be heard on the same date.

| | | |
|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 12/31/2021 | |
| **Current Projected Date Of Final Report (TFR):** | | /s/ THOMAS H. CASEY |
| | | THOMAS H. CASEY |

Page No: 1

FORM 2

Exhibit B

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No.** | 17-10976-TA | |
| **Case Name:** | SHLAIMOUN, ZIA | |
| **Primary Taxpayer ID #:** | **-***5258 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 3/15/2017 | |
| **For Period Ending:** | 3/2/2022 | |

| | |
|---|---|
| **Trustee Name:** | Thomas H. Casey |
| **Bank Name:** | Independent Bank |
| **Checking Acct #:** | ******0976 |
| **Account Title:** | General Account |
| **Blanket bond (per case limit):** | $5,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/31/2017 | (19) | CATANZARITE LAW CORPORATION | TURNOVER OF FUNDS FROM SALE OF MALIBU PROPERTY SEVERAL YEARS AGO (RELATING TO VERSAILLES INVESTMENTS, LLC); BALANCE OF FUNDS HELD IN ATTY-CLIENT TRUST ACCOUNT | 1129-000 | $74,724.66 | | $74,724.66 |
| 08/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $107.42 | $74,617.24 |
| 09/30/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $107.27 | $74,509.97 |
| 10/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $110.69 | $74,399.28 |
| 11/30/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $106.96 | $74,292.32 |
| 12/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $110.37 | $74,181.95 |
| 01/31/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $110.20 | $74,071.75 |
| 02/06/2018 | 5001 | International Sureties, LTD. | Bond # 016030856 | 2300-000 | | $49.70 | $74,022.05 |
| 02/28/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $99.35 | $73,922.70 |
| 03/05/2018 | | Transfer From: #*******0976 | Per Trustee's Counsel, okay to transfer funds to general account; sale order was not appealed and Debtor does not currently have a claim of exemption in this asset | 9999-000 | $10,000.00 | | $83,922.70 |
| 03/31/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $122.75 | $83,799.95 |
| 04/30/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $120.47 | $83,679.48 |
| 05/31/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $124.31 | $83,555.17 |
| 06/30/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $120.12 | $83,435.05 |
| 07/31/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $123.94 | $83,311.11 |
| 08/05/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | $19.96 | $83,291.15 |
| 08/06/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | ($19.96) | $83,311.11 |
| 08/31/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | $1,457.94 | $81,853.17 |
| 09/05/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | ($1,457.94) | $83,311.11 |
| 09/06/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | $123.83 | $83,187.28 |
| 10/23/2018 | 5002 | ZIA SHLAIMOUN | DEBTOR'S CLAIMED EXEMPTION IN FUNDS TURNED OVER BY CATANZARITE ($14,886) AND CLAIMED EXEMPTION IN HSAIO OPTION AGREEMENT ($10,000) | 8100-002 | | $24,886.00 | $58,301.28 |
| | | | **SUBTOTALS** | | $84,724.66 | $26,423.38 | |

Case 8:17-bk-10976-TA    Doc 276    Filed 05/04/22    Entered 05/04/22 14:17:30    Desc Page No: 2    Exhibit B

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 17-10976-TA | Trustee Name: | Thomas H. Casey |
|---|---|---|---|
| Case Name: | SHLAIMOUN, ZIA | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***5258 | Checking Acct #: | ******0976 |
| Co-Debtor Taxpayer ID #: | | Account Title: | General Account |
| For Period Beginning: | 3/15/2017 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 3/2/2022 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/01/2019 | 5003 | International Sureties, LTD. | Bond #16030866 | 2300-000 | | $17.49 | $58,283.79 |
| 05/08/2019 | 5004 | International Sureties, LTD. | Bond Payment | 2300-000 | | $2.29 | $58,281.50 |
| 01/27/2020 | 5005 | International Sureties, LTD. | Bond Payment | 2300-000 | | $33.18 | $58,248.32 |
| 03/24/2020 | 5006 | International Sureties, LTD. | Bond Payment | 2300-000 | | $19.79 | $58,228.53 |
| 05/18/2020 | 5007 | International Sureties, LTD. | Bond Payment-Bond Number: 016030866 | 2300-000 | | $2.73 | $58,225.80 |
| 06/26/2020 | 5008 | International Sureties, LTD. | Bond #016030866 | 2300-000 | | $0.93 | $58,224.87 |
| 08/13/2020 | 5009 | International Sureties, LTD. | Bond #016030866 | 2300-000 | | $0.12 | $58,224.75 |
| 08/31/2020 | | Independent Bank | Account Analysis Charge | 2600-000 | | $84.90 | $58,139.85 |
| 09/30/2020 | | Independent Bank | Account Analysis Charge | 2600-000 | | $84.78 | $58,055.07 |
| 10/06/2020 | (4) | CHASE AUTO FINANCE | ACCOUNT OVERAGE REFUND. | 1129-000 | $2,478.68 | | $60,533.75 |
| 10/30/2020 | | Independent Bank | Account Analysis Charge | 2600-000 | | $87.52 | $60,446.23 |
| 11/30/2020 | | Independent Bank | Account Analysis Charge | 2600-000 | | $88.14 | $60,358.09 |
| 12/31/2020 | | Independent Bank | Account Analysis Charge | 2600-000 | | $88.02 | $60,270.07 |
| 01/21/2021 | 5010 | International Sureties, LTD. | Bond #016229732 | 2300-000 | | $46.38 | $60,223.69 |
| 01/29/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $87.88 | $60,135.81 |
| 02/26/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $87.69 | $60,048.12 |
| 03/31/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $87.56 | $59,960.56 |
| 04/12/2021 | (24) | CATANZARITE LAW CORPORATION | Order Granting Chapter 7 Trustee's Motion for Order Approving Compromise of Controversy Pursuant to Federal Rule of Bankruptcy Procedure 9019 entered May 17, 2021. | 1249-000 | $35,000.00 | | $94,960.56 |
| 04/13/2021 | (24) | CATANZARITE LAW CORPORATION | Order Granting Chapter 7 Trustee's Motion for Order Approving Compromise of Controversy Pursuant to Federal Rule of Bankruptcy Procedure 9019 entered May 17, 2021. | 1249-000 | $100,000.00 | | $194,960.56 |
| 04/30/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $214.91 | $194,745.65 |
| 05/28/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $283.99 | $194,461.66 |
| 06/30/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $283.58 | $194,178.08 |
| | | | **SUBTOTALS** | | $137,478.68 | $1,601.88 | |

Case No: 3

Exhibit B

FORM 2

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 17-10976-TA | | Trustee Name: | Thomas H. Casey |
|---|---|---|---|---|
| Case Name: | SHLAIMOUN, ZIA | | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***5258 | | Checking Acct #: | ******0976 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | General Account |
| For Period Beginning: | 3/15/2017 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 3/2/2022 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/30/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $283.16 | $193,894.92 |
| 08/31/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $282.75 | $193,612.17 |
| 09/30/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $282.34 | $193,329.83 |
| 10/29/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $281.93 | $193,047.90 |
| 11/30/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $281.52 | $192,766.38 |
| 12/31/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $281.11 | $192,485.27 |
| 01/13/2022 | 5011 | International Sureties, LTD. | Bond #016229732 | 2300-000 | | $225.57 | $192,259.70 |
| 01/31/2022 | | Independent Bank | Account Analysis Charge | 2600-000 | | $280.56 | $191,979.14 |
| 02/11/2022 | | Independent Bank | Transfer Funds | 9999-000 | | $191,979.14 | $0.00 |

|  |  |  |  |
|---|---|---|---|
| **TOTALS:** | $222,203.34 | $222,203.34 | $0.00 |
| **Less: Bank transfers/CDs** | $10,000.00 | $191,979.14 | |
| **Subtotal** | $212,203.34 | $30,224.20 | |
| **Less: Payments to debtors** | $0.00 | $24,886.00 | |
| **Net** | $212,203.34 | $5,338.20 | |

| **For the period of 3/15/2017 to 3/2/2022** | | **For the entire history of the account between 07/31/2017 to 3/2/2022** | |
|---|---|---|---|
| Total Compensable Receipts: | $212,203.34 | Total Compensable Receipts: | $212,203.34 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $212,203.34 | Total Comp/Non Comp Receipts: | $212,203.34 |
| Total Internal/Transfer Receipts: | $10,000.00 | Total Internal/Transfer Receipts: | $10,000.00 |
| | | | |
| Total Compensable Disbursements: | $5,338.20 | Total Compensable Disbursements: | $5,338.20 |
| Total Non-Compensable Disbursements: | $24,886.00 | Total Non-Compensable Disbursements: | $24,886.00 |
| Total Comp/Non Comp Disbursements: | $30,224.20 | Total Comp/Non Comp Disbursements: | $30,224.20 |
| Total Internal/Transfer Disbursements: | $191,979.14 | Total Internal/Transfer Disbursements: | $191,979.14 |

FORM 2                                                                                    Page No: 4        Exhibit B

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No.: | 17-10976-TA | Trustee Name: Thomas H. Casey |
| Case Name: | SHLAIMOUN, ZIA | Bank Name: Independent Bank |
| Primary Taxpayer ID #: | **-***5258 | Checking Acct #: ******0976 |
| Co-Debtor Taxpayer ID #: | | Account Title: Sale Proceeds (EXEMPT) |
| For Period Beginning: | 3/15/2017 | Blanket bond (per case limit): $5,000,000.00 |
| For Period Ending: | 3/2/2022 | Separate bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 09/28/2017 | (20) | AMY HSIAO | PURCHASE OF ESTATE'S INTEREST IN OPTION AGREEMENT AND CLAIMS AGAINST HSIAO | 1129-000 | $10,000.00 | | $10,000.00 |
| 03/05/2018 | | Transfer To: #*******0976 | Per Trustee's Counsel, okay to transfer funds to general account; sale order was not appealed and Debtor does not currently have a claim of exemption in this asset | 9999-000 | | $10,000.00 | $0.00 |

| | | |
|---|---|---|
| **TOTALS:** | $10,000.00 | $10,000.00 | $0.00 |
| **Less: Bank transfers/CDs** | $0.00 | $10,000.00 | |
| **Subtotal** | $10,000.00 | $0.00 | |
| **Less: Payments to debtors** | $0.00 | $0.00 | |
| **Net** | $10,000.00 | $0.00 | |

| For the period of 3/15/2017 to 3/2/2022 | | For the entire history of the account between 09/28/2017 to 3/2/2022 | |
|---|---|---|---|
| Total Compensable Receipts: | $10,000.00 | Total Compensable Receipts: | $10,000.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $10,000.00 | Total Comp/Non Comp Receipts: | $10,000.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 | Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $10,000.00 | Total Internal/Transfer Disbursements: | $10,000.00 |

Page No: 5    Exhibit B

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No.** | 17-10976-TA | |
| **Case Name:** | SHLAIMOUN, ZIA | |
| **Primary Taxpayer ID #:** | **-***5258 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 3/15/2017 | |
| **For Period Ending:** | 3/2/2022 | |

| | | |
|---|---|---|
| **Trustee Name:** | Thomas H. Casey | |
| **Bank Name:** | Veritex Community Bank | |
| **Checking Acct #:** | ******7601 | |
| **Account Title:** | DDA | |
| **Blanket bond (per case limit):** | $5,000,000.00 | |
| **Separate bond (if applicable):** | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/11/2022 | | Veritex Community Bank | Transfer Funds | 9999-000 | $191,979.14 | | $191,979.14 |

|  | | | |
|---|---|---|---|
| **TOTALS:** | $191,979.14 | $0.00 | $191,979.14 |
| **Less: Bank transfers/CDs** | $191,979.14 | $0.00 | |
| **Subtotal** | $0.00 | $0.00 | |
| **Less: Payments to debtors** | $0.00 | $0.00 | |
| **Net** | $0.00 | $0.00 | |

| **For the period of 3/15/2017 to 3/2/2022** | | **For the entire history of the account between 02/11/2022 to 3/2/2022** | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $191,979.14 | Total Internal/Transfer Receipts: | $191,979.14 |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 | Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

Page No: 6    Exhibit B

FORM 2

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 17-10976-TA | | Trustee Name: | Thomas H. Casey |
| Case Name: | SHLAIMOUN, ZIA | | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***5258 | | Checking Acct #: | ******7601 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | DDA |
| For Period Beginning: | 3/15/2017 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 3/2/2022 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $222,203.34 | $30,224.20 | $191,979.14 |

| For the period of 3/15/2017 to 3/2/2022 | | For the entire history of the case between 03/28/2017 to 3/2/2022 | |
|---|---|---|---|
| Total Compensable Receipts: | $222,203.34 | Total Compensable Receipts: | $222,203.34 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $222,203.34 | Total Comp/Non Comp Receipts: | $222,203.34 |
| Total Internal/Transfer Receipts: | $201,979.14 | Total Internal/Transfer Receipts: | $201,979.14 |
| | | | |
| Total Compensable Disbursements: | $5,338.20 | Total Compensable Disbursements: | $5,338.20 |
| Total Non-Compensable Disbursements: | $24,886.00 | Total Non-Compensable Disbursements: | $24,886.00 |
| Total Comp/Non Comp Disbursements: | $30,224.20 | Total Comp/Non Comp Disbursements: | $30,224.20 |
| Total Internal/Transfer Disbursements: | $201,979.14 | Total Internal/Transfer Disbursements: | $201,979.14 |

/s/ THOMAS H. CASEY

THOMAS H. CASEY

# Central District of California
# Claims Register

**Judge:** Theodor Albert                    **Chapter:** 7
**Office:** Santa Ana                         **Last Date to file claims:** 09/16/2019
**Trustee:** Thomas H Casey (TR)              **Last Date to file (Govt):** 09/11/2017

| | |
|---|---|
| *Creditor:*        (37694532)<br>Malibu Urgent Care<br>Acct Management Services, Inc<br>PO Box 2296<br>Cypress, CA 90630 | **Claim No: 1**<br>*Original Filed*<br>*Date:* 03/24/2017<br>*Original Entered*<br>*Date:* 03/27/2017 |

*Status:*
*Filed by:* CR
*Entered by:* Sally Daniels
*Modified:*

  Amount claimed: $333.30

*History:*

Details  🌐  1-1   03/24/2017 Claim #1 filed by Malibu Urgent Care, Amount claimed: $333.30 (Daniels, Sally)

*Description:*
*Remarks:*  **General unsecured claim.**

| | |
|---|---|
| *Creditor:*        (37798425)<br>Verizon<br>by American InfoSource LP as agent<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118 | **Claim No: 2**<br>*Original Filed*<br>*Date:* 05/12/2017<br>*Original Entered*<br>*Date:* 05/12/2017 |

*Status:*
*Filed by:* CR
*Entered by:* Ashley Boswell
*Modified:*

  Amount claimed: $2224.35

*History:*

Details  🌐  2-1   05/12/2017 Claim #2 filed by Verizon, Amount claimed: $2224.35 (Boswell, Ashley)

*Description:*
*Remarks:*  **General unsecured claim.**

| | |
|---|---|
| *Creditor:*        (38003661)<br>American Express Centurion Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | **Claim No: 3**<br>*Original Filed*<br>*Date:* 08/18/2017<br>*Original Entered*<br>*Date:* 08/18/2017 |

*Status:*
*Filed by:* CR
*Entered by:* Greg Deegan
*Modified:*

  Amount claimed: $29652.07

*History:*

Details  🌐  3-1   08/18/2017 Claim #3 filed by American Express Centurion Bank, Amount claimed: $29652.07 (Deegan, Greg)

*Description:*
*Remarks:*  **General unsecured claim.**

| | |
|---|---|
| *Creditor:*        (38003927)<br>Wells Fargo Bank, N.A. | **Claim No: 4**<br>*Original Filed* |

*Status:*
*Filed by:* CR

Wells Fargo Card Services                     Date: 08/18/2017          *Entered by:* Janet L Samuelson
PO Box 10438, MAC F8235-02F        *Original Entered*        *Modified:*
Des Moines, IA 50306-0438              *Date:* 08/18/2017

   Amount claimed: $1221.69

*History:*

<u>Details</u> 🌐  <u>4-1</u>   08/18/2017  Claim #4 filed by Wells Fargo Bank, N.A., Amount claimed: $1221.69 (Samuelson, Janet)

*Description:*
*Remarks:*   **General unsecured claim.**

---

*Creditor:*     (38015486)              **Claim No: 5**           *Status:*
Wells Fargo Bank, N.A.               *Original Filed*         *Filed by:* CR
PO Box 10438, MAC F8235-02F        *Date:* 08/24/2017        *Entered by:* Trang Truong
Des Moines, IA 50306-0438              *Original Entered*        *Modified:*
                                                   *Date:* 08/24/2017

   Amount claimed: $2137.71

*History:*

<u>Details</u> 🌐  <u>5-1</u>   08/24/2017  Claim #5 filed by Wells Fargo Bank, N.A., Amount claimed: $2137.71 (Truong, Trang)

*Description:* (5-1) unsecured claim
*Remarks:*   **General unsecured claim.**

---

*Creditor:*     (38038549)              **Claim No: 6**           *Status:*
Southern California Edison            *Original Filed*         *Filed by:* CR
1551 W San Bernardino Rd            *Date:* 09/01/2017        *Entered by:* Sally Daniels
Covina, CA 91722                          *Original Entered*        *Modified:*
                                                   *Date:* 09/05/2017

   Amount claimed: $433.24

*History:*

<u>Details</u> 🌐  <u>6-1</u>   09/01/2017  Claim #6 filed by Southern California Edison, Amount claimed: $433.24 (Daniels, Sally)

*Description:*
*Remarks:*   **General unsecured claim.**

---

*Creditor:*     (38038549)              **Claim No: 7**           *Status:*
Southern California Edison            *Original Filed*         *Filed by:* CR
1551 W San Bernardino Rd            *Date:* 09/01/2017        *Entered by:* Sally Daniels
Covina, CA 91722                          *Original Entered*        *Modified:*
                                                   *Date:* 09/05/2017

   Amount claimed: $2372.46

*History:*

<u>Details</u> 🌐  <u>7-1</u>   09/01/2017  Claim #7 filed by Southern California Edison, Amount claimed: $2372.46 (Daniels, Sally)

*Description:*
*Remarks:*   **General unsecured claim.**

---

*Creditor:*     (38153497)              **Claim No: 8**           *Status:*
Amy Hsiao                                   *Original Filed*         *Filed by:* CR
c/o L Scott Keehn Esq                    *Date:* 11/03/2017

501 W Broadway Ste 1025          *Original Filed*          *Entered by:* Scott L Keehn
San Diego, CA 92101              *Date:* 11/03/2017
                                                          *Modified:*

Amount claimed: $231296.41

*History:*

Details   ⚫   [8-1](#)   11/03/2017 Claim #8 filed by Amy Hsiao, Amount claimed: $231296.41 (Keehn, Scott)

*Description:*

*Remarks:*   **General unsecured claim.**

---

*Creditor:*   (38154493)          **Claim No: 9**          *Status:*
Hybrid Finance, Ltd.                  *Original Filed*        *Filed by:* CR
c/o Michael J. Lee                    *Date:* 11/03/2017      *Entered by:* Michael J Lee
Law Offices of Michael Jason Lee, APLC  *Original Entered*   *Modified:*
4660 La Jolla Village Drive, Suite 500  *Date:* 11/03/2017
San Diego, CA 92122

Amount claimed: $2661457.00

*History:*

[Details](#)   ⚫   [9-1](#)   11/03/2017 Claim #9 filed by Hybrid Finance, Ltd., Amount claimed: $2661457.00 (Lee, Michael)

*Description:*

*Remarks:*   **General unsecured claim.**

---

*Creditor:*   (38155574)          **Claim No: 10**          *Status:* Withdraw [243](#)
Catanzarite Law Corporation           *Original Filed*          *Filed by:* CR
2331 West Lincoln Avenue              *Date:* 11/03/2017        *Entered by:* Eric V Anderton
Anaheim, CA 92801                    *Original Entered*        *Modified:*
                                     *Date:* 11/03/2017

Amount   claimed: $300000.00

Secured   claimed: $300000.00

*History:*

[Details](#)   ⚫   [10-1](#)   11/03/2017 Claim #10 filed by Catanzarite Law Corporation, Amount claimed: $300000.00 (Anderton, Eric)

    [243](#)   05/27/2021 Withdrawal of Claim(s): 10 Filed by Creditor Catanzarite Law Corporation. (Catanzarite, Keneth) Status: Withdraw

*Description:* (10-1) Undetermined Value - Litigation Claims

*Remarks:*   **Claim withdrawn May 27, 2021.**

---

*Creditor:*   (38206348)          **Claim No: 11**          *Status:*
BMW Financial Services NA, LLC        *Original Filed*          *Filed by:* CR
P.O. Box 3608                         *Date:* 11/29/2017        *Entered by:* Rejoy Nalkara
Dublin OH 43016, OH 43016            *Original Entered*        *Modified:*
                                     *Date:* 11/29/2017

Amount claimed: $20728.33

*History:*

[Details](#)   ⚫   [11-1](#)   11/29/2017 Claim #11 filed by BMW Financial Services NA, LLC, Amount claimed: $20728.33 (Nalkara, Rejoy)

*Description:*

*Remarks:*   **General unsecured claim.**

*Creditor:* (39628389)
George P. Eshoo
702 Marshall St
Ste 500
Redwood City, CA 94063

*Original Filed
Date:* 06/20/2019
*Original Entered
Date:* 06/20/2019

*Status:*
*Filed by:* CR
*Entered by:* ePOC-User AutoDocket
*Modified:* 12/27/2021

Amount claimed: $551798.43

*History:*

Details ● 12-1 06/20/2019 Claim #12 filed by George P. Eshoo, Amount claimed: $551798.43 (AutoDocket, ePOC-User)

246 12/03/2021 Motion to Disallow Claims *Chapter 7 Trustee's Motion for Order Disallowing Claims Filed by: (1) George P. Eshoo, Claim No. 12; (2) George P. Eshoo, Claim No. 13; and (3) Tahim and Associates, a Professional Corporation, Claim No. 15; Memorandum of Points and Authorities; and Declaration of Chapter 7 Trustee Thomas H. Casey with Exhibits and Proof of Service* Filed by Trustee Thomas H Casey (TR) (Casey, Thomas)

*Description:* (12-1) Claim No. 12 - Disallowed in its entirety as a Duplicate Claim

*Remarks:* (12-1) Filer Comment: Discovered omission from service on June 17 2019.
**Claim No. 12 is disallowed in its entirety as a duplicate claim per Order Approving Stipulation Between Chapter 7 Trustee and George P. Eshoo entered December 27, 2021.**

*Creditor:* (39628389)
George P. Eshoo
702 Marshall St
Ste 500
Redwood City, CA 94063

**Claim No: 13**
*Original Filed
Date:* 07/18/2019
*Original Entered
Date:* 07/18/2019

*Status:*
*Filed by:* CR
*Entered by:* ePOC-User AutoDocket
*Modified:* 12/27/2021

Amount claimed: $615229.02

*History:*

Details ● 13-1 07/18/2019 Claim #13 filed by George P. Eshoo, Amount claimed: $615229.02 (AutoDocket, ePOC-User)

246 12/03/2021 Motion to Disallow Claims *Chapter 7 Trustee's Motion for Order Disallowing Claims Filed by: (1) George P. Eshoo, Claim No. 12; (2) George P. Eshoo, Claim No. 13; and (3) Tahim and Associates, a Professional Corporation, Claim No. 15; Memorandum of Points and Authorities; and Declaration of Chapter 7 Trustee Thomas H. Casey with Exhibits and Proof of Service* Filed by Trustee Thomas H Casey (TR) (Casey, Thomas)

*Description:* (13-1) Claim No. 13 - shall be Allowed as a General Unsecured Claim in the reduced amount of $419,038.24

*Remarks:* (13-1) Filer Comment: CLAIM 12 REPLACED IN CLAIM PERIOD PER ORDER JULY 17 2019
**Claim No. 13 shall be allowed as a general unsecured claim in the reduced amount of $419,038.24 per Order Approving Stipulation Between Chapter 7 Trustee and George P. Eshoo entered December 27, 2021.**

*Creditor:* (39752230)
Buchalter, A Professional Corporation
Attn: Pamela Kohlman Webster
1000 Wilshire Blvd., Suit 1500
Los Angeles, CA 90017

**Claim No: 14**
*Original Filed
Date:* 08/20/2019
*Original Entered
Date:* 08/20/2019

*Status:*
*Filed by:* CR
*Entered by:* ePOC-User AutoDocket
*Modified:*

Amount claimed: $37780.53

*History:*

Details ● 14-1 08/20/2019 Claim #14 filed by Buchalter, A Professional Corporation, Amount claimed: $37780.53 (AutoDocket, ePOC-User)

*Description:*

*Remarks:* (14-1) Account Number (last 4 digits):1317 **General unsecured claim.**

*Creditor:* (39802045)
Tahim And Association, APC
2331 w Lincoln Ave, Suite 300
Anaheim CA 92801

**Claim No: 15**
*Original Filed
Date:* 09/12/2019
*Original Entered
Date:* 09/13/2019

*Status:* Disallow 258
*Filed by:* CR
*Entered by:* Glenda Deramus
*Modified:*

Amount claimed: $6125.00

*History:*

| Details | ⏺ | 15-1 | 09/12/2019 | Claim #15 filed by Tahim And Association, APC, Amount claimed: $6125.00 (Deramus, Glenda) |
| | | 246 | 12/03/2021 | Motion to Disallow Claims *Chapter 7 Trustee's Motion for Order Disallowing Claims Filed by: (1) George P. Eshoo, Claim No. 12; (2) George P. Eshoo, Claim No. 13; and (3) Tahim and Associates, a Professional Corporation, Claim No. 15; Memorandum of Points and Authorities; and Declaration of Chapter 7 Trustee Thomas H. Casey with Exhibits and Proof of Service* Filed by Trustee Thomas H Casey (TR) (Casey, Thomas) |
| | | 258 | 01/10/2022 | Order Granting Chapter 7 Trustee's Motion For Order Disallowing Claim Filed by Tahim & Associates, A Professional Corporation, Claim No. 15. IT IS HEREBY ORDERED the Trustee's Claim Objection is sustained; and IT IS HEREBY ORDERED that Claim No. 15 filed by Tahim & Associates, A Professional Corporation, is disallowed in its entirety. (BNC-PDF) (Related Doc # 246) 15 Signed on 1/10/2022. (Deramus, Glenda) Status: Disallow |

*Description:* (15-1) SERVICES PERFORMED

*Remarks:* **Order Granting Chapter 7 Trustee's Motion for Order Disallowing Claim Filed by Tahim and Associates, a Professional Corporation, Claim NO. 15 entered January 10, 2022.**

# Claims Register Summary

**Case Name:** Zia Shlaimoun
**Case Number:** 8:17-bk-10976-TA
**Chapter:** 7
**Date Filed:** 03/15/2017
**Total Number Of Claims:** 15

| | |
|---|---|
| **Total Amount Claimed\*** | $4462789.54 |
| **Total Amount Allowed\*** | |

\**Includes general unsecured claims*

**The values are reflective of the data entered. Always refer to claim documents for actual amounts.**

| | Claimed | Allowed |
|---|---|---|
| **Secured** | $300000.00 | |
| **Priority** | | |
| **Administrative** | | |

| **PACER Service Center** | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 03/02/2022 11:30:53 | | | |
| **PACER Login:** | trusteecasey | **Client Code:** | |
| **Description:** | Claims Register | **Search Criteria:** | 8:17-bk-10976-TA Filed or Entered From: 2/23/2000 Filed or Entered To: 3/2/2022 |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |
| **Exempt flag:** | Exempt | **Exempt reason:** | Exempt Court Order |

Exhibit D

## TRUSTEE'S PROPOSED DISTRIBUTION

Case No.:       8:17-BK-10976-TA
Case Name:    ZIA SHLAIMOUN
Trustee Name:  Thomas H. Casey

Balance on hand:           $191,979.14

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors:           $0.00
Remaining balance:           $191,979.14

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Thomas H. Casey, Trustee Fees | $13,115.87 | $0.00 | $13,115.87 |
| Thomas H. Casey, Trustee Expenses | $35.00 | $0.00 | $35.00 |
| The Law Office of Thomas H. Casey, Inc., Attorney for Trustee Fees | $26,500.00 [1] | $0.00 | $26,500.00 |
| The Law Office of Thomas H. Casey, Inc., Attorney for Trustee Expenses | $2,428.06 | $0.00 | $2,428.06 |
| Hahn Fife & Company, Accountant for Trustee Fees | $5,568.00 | $0.00 | $5,568.00 |
| Hahn Fife & Company, Accountant for Trustee Expenses | $726.50 | $0.00 | $726.50 |
| United States Bankruptcy Court, Clerk of the Court Costs | $700.00 | $0.00 | $700.00 |
| Other: Law Offices of Michael Jason Lee, APLC, Dillon Miller Ahuja & Boss, LLP, Special Counsel for Trustee Fees | $57,650.82 | $0.00 | $57,650.82 |
| Other: Law Offices of Michael Jason Lee, APLC, Dillon Miller Ahuja & Boss, LLP, Special Counsel for Trustee Expenses | $36,849.18 | $0.00 | $36,849.18 |

Total to be paid for chapter 7 administrative expenses:           $143,573.43
Remaining balance:           $48,405.71

Applications for prior chapter fees and administrative expenses have been filed as follows:
NONE

[1]   The Law Office of Thomas H. Casey, Inc. has voluntarily reduced its requested fees by 49% to increase the distribution to unsecured creditors.

Total to be paid to prior chapter administrative expenses: $0.00

Remaining balance: $48,405.71

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

Total to be paid to priority claims: $0.00

Remaining balance: $48,405.71

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $3,408,675.33 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 1.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Malibu Urgent Care | $333.30 | $0.00 | $4.73 |
| 2 | Verizon | $2,224.35 | $0.00 | $31.59 |
| 3 | American Express Centurion Bank | $29,652.07 | $0.00 | $421.08 |
| 4 | Wells Fargo Bank, N.A. | $1,221.69 | $0.00 | $17.35 |
| 5 | Wells Fargo Financial National Bank | $2,137.71 | $0.00 | $30.36 |
| 6 | Southern California Edison | $433.24 | $0.00 | $6.15 |
| 7 | Southern California Edison | $2,372.46 | $0.00 | $33.69 |
| 8 | Amy Hsiao | $231,296.41 | $0.00 | $3,284.58 |
| 9 | Hybrid Finance, Ltd. | $2,661,457.00 | $0.00 | $37,794.66 |
| 11 | BMW Bank of North America | $20,728.33 | $0.00 | $294.36 |
| 12 | George P. Eshoo | $0.00 | $0.00 | $0.00 |
| 13 | George P. Eshoo | $419,038.24 | $0.00 | $5,950.65 |
| 14 | Buchalter, A Professional Corporation | $37,780.53 | $0.00 | $536.51 |
| 15 | Tahim And Association, APC | $0.00 | $0.00 | $0.00 |

Total to be paid to timely general unsecured claims: $48,405.71

Remaining balance: $0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

| | |
|---|---|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |