United States Bankruptcy Court

Central District of California

In re:                                                                                                              Case No. 17-10976-TA
Zia Shlaimoun                                                                                              Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-8               User: admin                                Page 1 of 2
Date Rcvd: Jun 07, 2022            Form ID: pdf042                           Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol      Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 09, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Zia Shlaimoun, 6789 Quail Hill Pkwy, Ste 414, Irvine, CA 92603-4233 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 09, 2022                    Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 7, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alan L. Armstrong | on behalf of Interested Party Courtesy NEF alan@alanarmstrong.com |
| Charles Shamash | on behalf of Interested Party Party Interested cs@locs.com generalbox@locs.com |
| Charles Shamash | on behalf of Debtor Zia Shlaimoun cs@locs.com generalbox@locs.com |
| David B Shemano | on behalf of Debtor Zia Shlaimoun dshemano@shemanolaw.com |
| David B Shemano | on behalf of Defendant Zia Shlaimoun dshemano@shemanolaw.com |
| Dipika Parmar | on behalf of Creditor BMW Bank of North America dipika.parmar@aissolution.com |

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 2 of 2 |
| Date Rcvd: Jun 07, 2022 | Form ID: pdf042 | Total Noticed: 1 |

Eric V Anderton
    on behalf of Creditor Catanzarite Law Corporation eanderton@catanzarite.com  bphillips@catanzarite.com

Eric V Anderton
    on behalf of Interested Party Courtesy NEF eanderton@catanzarite.com  bphillips@catanzarite.com

Jamie D Hanawalt
    on behalf of Interested Party Courtesy NEF ecfcacb@aldridgepite.com  jhanawalt@ecf.inforuptcy.com

Jamie D Hanawalt
    on behalf of Creditor JPMorgan Chase Bank  N.A. ecfcacb@aldridgepite.com, jhanawalt@ecf.inforuptcy.com

Keneth J Catanzarite
    on behalf of Creditor Catanzarite Law Corporation kcatanzarite@catanzarite.com

Michael J Lee
    on behalf of Creditor Hybrid Finance  LTD. michael@mjllaw.com

Michael J Lee
    on behalf of Plaintiff Hybrid  LTD. michael@mjllaw.com

Michael J Lee
    on behalf of Plaintiff Thomas H Casey michael@mjllaw.com

Michael J Lee
    on behalf of Trustee Thomas H Casey (TR) michael@mjllaw.com

Michael J Lee
    on behalf of Plaintiff Thomas H. Casey  Trustee of the Zia Shlaimoun Ch. 7 Bankruptcy Estate michael@mjllaw.com

Scott L Keehn
    on behalf of Creditor Hybrid Finance  LTD. scottk@keehnlaw.com, chrisf@keehnlaw.com

Scott L Keehn
    on behalf of Creditor Amy Hsiao scottk@keehnlaw.com  chrisf@keehnlaw.com

Thomas H Casey
    on behalf of Trustee Thomas H Casey (TR) kdriggers@tomcaseylaw.com  msilva@tomcaseylaw.com

Thomas H Casey (TR)
    msilva@tomcaseylaw.com  thc@trustesolutions.net

Timothy J Silverman
    on behalf of Creditor BMW Financial Services NA  LLC tsilverman@scheerlawgroup.com, tsilverman1@ecf.courtdrive.com

Timothy P Dillon
    on behalf of Creditor Hybrid Finance  LTD. tdillon@dghmalaw.com, ksauser@dghmalaw.com

Timothy P Dillon
    on behalf of Plaintiff Hybrid  LTD. tdillon@dghmalaw.com, ksauser@dghmalaw.com

Timothy P Dillon
    on behalf of Creditor Amy Hsiao tdillon@dghmalaw.com  ksauser@dghmalaw.com

United States Trustee (SA)
    ustpregion16.sa.ecf@usdoj.gov

Zann R Welch
    on behalf of Creditor BMW Financial Services NA  LLC ecfnotices@ascensioncapitalgroup.com

TOTAL: 26

| Attorney or Trustee Name, Address, Telephone & FAX Numbers, State Bar No. & Email Address<br><br>**Thomas H. Casey (SBN 138264)**<br>**26400 La Alameda, Suite 210**<br>**Mission Viejo, CA 92691**<br>**Telephone: (949) 766-8787**<br>**Facsimile: (949) 766-9896**<br>**Email: tcasey@tomcaseylaw.com**<br><br>☐ *Attorney for chapter 7 trustee*<br>☒ *Chapter 7 trustee* | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**JUN 07 2022**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY deramus DEPUTY CLERK** |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION** |
| In re:<br><br>**ZIA SHLAIMOUN,**<br><br><br><br><br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 8:17-BK-10976-TA<br>CHAPTER: 7<br><br>**ORDER ON FINAL FEE APPLICATIONS ALLOWING PAYMENT OF:**<br>**(1) COURT AND U.S. TRUSTEE FEES; AND**<br>**(2) FINAL FEES AND EXPENSES OF TRUSTEE AND PROFESSIONALS**<br>**[LBR 2016-1(c)(4)]**<br><br>DATE:    June 7, 2022<br>TIME:    11:00 a.m.<br>COURTROOM: 5B<br>ADDRESS:    411 W. Fourth Street<br>                          Santa Ana, CA  92701 |

The chapter 7 trustee filed a Trustee's Final Report in this case. Applications for final compensation were filed by the chapter 7 trustee and, if applicable, other professionals. Based on findings and conclusions made by the court, **IT IS ORDERED: Fees and expenses are approved as follows, and if not already paid may be paid**:

1. **Fees: U.S. Bankruptcy Court and U.S. Trustee**

    U.S. Bankruptcy Court fees *(specify)*

    | Complaint | $ | 700.00 |
    |---|---|---|
    |  | $ | 0.00 |
    |  | $ | 0.00 |

    | Subtotal of court fees | $ | 700.00 |
    |---|---|---|
    | U.S. Trustee fees | $ | 0.00 |
    | Total allowed court and U.S. Trustee fees | $ | 700.00 |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

2. **Professional Fees and Expenses:**

   a. Chapter 7 Professional Fees and Expenses:

   |  | Total Final Request | Total Allowed | Paid-to-Date | Remaining to be Paid |
   |---|---|---|---|---|
   | (1) **Name of Professional/Profession: HAHN FIFE & COMPANY** | | | | |
   | Fees | $ 5,568.00 | $ 5,568.00 | $ 0.00 | $ 5,568.00 |
   | Expenses | $ 726.50 | $ 726.50 | $ 0.00 | $ 726.50 |
   | (2) **Name of Professional/Profession: LAW OFFICES OF MICHAEL JASON LEE, APLC, DILLON MILLER AHUJA & BOSS, LLP** | | | | |
   | Fees | $ 57,650.82 | $ 57,650.82 | $ 0.00 | $ 57,650.82 |
   | Expenses | $ 36,849.18 | $ 36,849.18 | $ 0.00 | $ 36,849.18 |
   | (3) **Name of Professional/Profession: THE LAW OFFICE OF THOMAS H. CASEY, INC.** | | | | |
   | Fees | $ 26,500.00 | $ 26,500.00 | $ 0.00 | $ 26,500.00 |
   | Expenses | $ 2,428.06 | $ 2,428.06 | $ 0.00 | $ 2,428.06 |

   ☐ Additional professional fees and expenses attached.

   b. Chapter 11 Professional Fees and Expenses (prior to conversion to chapter 7):

   |  | Total Final Request | Total Allowed | Paid-to-Date | Remaining to be Paid |
   |---|---|---|---|---|
   | (1) **Name of Professional/Profession:** | | | | |
   | Fees | $ | $ | $ | $ |
   | Expenses | $ | $ | $ | $ |
   | (2) **Name of Professional/Profession:** | | | | |
   | Fees | $ | $ | $ | $ |
   | Expenses | $ | $ | $ | $ |
   | (3) **Name of Professional/Profession:** | | | | |
   | Fees | $ | $ | $ | $ |
   | Expenses | $ | $ | $ | $ |

   ☐ Additional professional fees and expenses attached.

3. **Trustee Fees and Expenses:**

   a. Chapter 7 Trustee Fees and Expenses:

   |  | Total Final Request | Total Allowed | Paid-to-Date | Remaining to be Paid |
   |---|---|---|---|---|
   | **Trustee (*name*): Thomas H. Casey** | | | | |
   | Fees | $ 13,115.87 | $ 13,115.87 | $ 0.00 | $ 13,115.87 |
   | Expenses | $ 35.00 | $ 35.00 | $ 0.00 | $ 35.00 |
   | Bank Fees | $ 4,940.02 | $ 4,940.02 | $ 4,940.02 | $ 0.00 |
   | Bond | $ 398.18 | $ 398.18 | $ 398.18 | $ 0.00 |
   | Taxes | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

   ☐ Additional trustee fees and expenses attached.

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2016*                    Page 2                    **F 2016-1.5.ORDER.TRUSTEE.FINAL.FEES**

b. Chapter 11 Trustee Fees and Expenses (prior to conversion to chapter 7):

|  | Total Final Request | Total Allowed | Paid-to-Date | Remaining to be Paid |
|---|---|---|---|---|
| **Trustee (*name*):** | | | | |
| Fees | $ | $ | $ | $ |
| Expenses | $ | $ | $ | $ |
| Bank Fees | $ | $ | $ | $ |
| Bond | $ | $ | $ | $ |
| Taxes | $ | $ | $ | $ |

☐ Additional trustee fees and expenses attached.

4. If the final dividend to creditors is the same or higher than proposed in the Trustee's Final Report, the trustee shall immediately proceed with the final distribution to creditors and professionals. If the final dividend to creditors is less than that which was proposed in the Trustee's Final Report, the trustee shall immediately submit to the U.S. Trustee an Amended Trustee's Report of Proposed Distribution and Dividend Payments within 30 days of the entry of this order. Within 14 days the U.S. Trustee will review the proposed distribution and notify the trustee to proceed with the final distribution to creditors and professionals. The distribution to creditors and professionals shall occur at the same time and no later than 90 days from the entry of this order.

5. ☒ Other:

The Default Judgment entered August 6, 2020 against Helen Shlaimoun, an individual; et al in the amount of $707,100 will remain unadministered.

The Law Office of Thomas H. Casey, Inc. has voluntarily reduced its requested fees by 49% to increase the distribution to unsecured creditors.

###

Date: June 7, 2022

Theodor C. Albert
United States Bankruptcy Judge

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2016*     Page 3     **F 2016-1.5.ORDER.TRUSTEE.FINAL.FEES**