Thomas H. Casey- Bar No. 138264
LAW OFFICE OF THOMAS H. CASEY, INC.
A PROFESSIONAL COPORATION
26400 La Alameda, Suite 210
Mission Viejo, CA 92691
Tel: (949) 766-8787
Fax: (949) 766-9896
TomCasey@tomcaseylaw.com

Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SANTA ANA DIVISION

| | |
|---|---|
| In re | Case No. 8:17-BK-10976-TA |
| ZIA SHLAIMOUN, | Chapter 7 Case |
| Debtor. | **REPORT OF TRUSTEE UNDER FEDERAL RULE OF BANKRUPTCY PROCEDURE 3010** |

**TO: CLERK OF THE UNITED STATES BANKRUPTCY COURT:**

**Check No.: 1010**

**Amount: $4.73**

    The undersigned Trustee of the above-entitled estate, having filed his Final Report and Account herein, hereby reports all checks due to creditors in excess of $5.00 have been included on the Trustee's Report of Distributions and Dividend Payments.

    The attached list of claims and the amount to be paid to each have dividends that are less than $5.00 and, therefore, the Trustee is remitting the total of all sums owing to said creditors to the United States Bankruptcy Court.

Dated: June 8, 2022                                           /s/ Thomas H. Casey
                                                                                Thomas H. Casey, Trustee

1083066.1

# LISTING OF DIVIDEND PAYMENTS
## General Unsecured Claims

Claim #1
Malibu Urgent Care
Acct Management Services, Inc
PO Box 2296
Cypress, CA 90630

Distribution Amount: $4.93
Percentage Paid: 1.4%

1083066.1